IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | [18 USC 1542] |
| aka JOHNNY RAY FORTUNE | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about August 1, 1997, in Elmore County, within the Middle District of Alabama, the defendant,

GEORGE HOEY MORRIS
aka
JOHNNY RAY FORTUNE,

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application the defendant stated that passport # 085194336 had been destroyed, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney