IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | Cr. No. : 2:06cr218-MHT |
| ) | |
| GEORGE HOEY MORRIS ) | |
| aka JOHNNY RAY FORTUNE | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for 27 September 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: GEORGE HOEY MORRIS aka JOHNNY RAY FORTUNE before the United States District Court at Courtroom 5-A, on the 27 th day of September, 2006, at 10:00 a.m.

DONE, this the 8th day of September, 2006.

VANZETTA PENN McPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc: George Hoey Morris
   Jon Carlton Taylor
   United States Attorney
   United States Pretrial Services
   United States Probation Office