| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 9/27/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:26 - 10:31 |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr218-MHT        **DEFT. NAME:** George Hoey Morris

**USA:** Susan R. Redmond         **ATTY:** Jon Carlton Taylor

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO/USPO:** _____

Defendant ____ does √ __ does NOT need an interpreter; NAME _____

---

- ☐ **Kars.**     Date of Arrest _____  or  ☐ karsr40
- √ **kia.**      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ **Finaff.**   Financial Affidavit -**PREVIOUS CASE** executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
- ☐ **koappted**  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- √ **20appt.**   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐            Deft. Advises he will retain counsel. Has retained _____
- ☐            Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐            Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐            **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ **kodtn.**    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ **kocondrls.** Release order entered. ☐ Deft. advised of conditions of release.
- ☐ **kbnd.**     ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                 ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ **Loc.(LC)**  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ **ko.**       Deft. **ORDERED REMOVED** to originating district
- ☐ **kwvprl.**   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐            Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ **Karr.**     **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
                 √ **Trial Term** 10/30/06 ; √ **PRETRIAL CONFERENCE DATE:** 10/16/06 @ 9:00am
                 √ **DISCOVERY DISCLOSURES DATE:** 9/27/06
- ☐ **Krmknn.**   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ **krmvhrg.**  Identity/Removal Hearing set for _____
- ☐ **Kwvspt**    **Waiver of Speedy Trial Act Rights Executed**.

*Court Ordered copy of Financial Affidavit in previous case be filed in this case