| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/16/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:40 - 9:42 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr218-MHT  **DEFENDANT(S):** George Hoey Morris

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Jon Carlton Taylor |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    Complete
**Government will ask the agency to provide a better copy of a document which was submitted as discovery**

☐ **PENDING MOTION STATUS:**    **Motion to Dismiss Indictment**

☐ **PLEA STATUS:**    **Possible Plea**

☐ **TRIAL STATUS**    **10/30/06 Trial Term**
     **2 Days for Trial**

☐ **REMARKS:**    **Defendant to inform the Court on any movement on the plea**