IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO. 2:06-CR-218-MHT |
| ) | |
| GEORGE HOEY MORRIS        ) | |
| aka JOHNNY RAY FORTUNE    ) | |

## NOTICE OF FILING OF RESPONSE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Honorable Court to take Notice of the government's response filed on or about October 16, 2006, and states as follows:

1.   On or about October 12, 2006, the defendant filed a Motion to Dismiss Indictment, said document being filed as Document #8 in the Court's record.

2.   On or about October 16, 2006, the government filed its Response to defendant's Motion to Dismiss, said document being filed as #9-1 in the Court's record.

3.   On or about October 23, 2006, the Court filed an Order directing the government to respond to defendant's Motion to Dismiss by October 27, 2006. The Order states that, " The motion will be deemed submitted on 28 October 2006, and thereafter, the court will proceed to enter a ruling on the motion."

4.   The government, having responded to defendant's motion, is uncertain as to its ordered action and respectfully requests that the Court clarify what, if any, further action is required.

Respectfully submitted, this 23rd day of October, 2006.

                                                  LEURA GARRETT CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/ Susan R. Redmond
                                                  SUSAN R. REDMOND
                                                  Assistant United States Attorney
                                                  Post Office Box 197
                                                  Montgomery, AL 36101-0197
                                                  334.223.7280
                                                  334.223.7135 fax
                                                  susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CR. NO. 2:06-cr-218-MHT** |
| **GEORGE HOEY MORRIS** ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to J. Carlton Taylor.

Respectfully submitted,
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
susan.redmond@usdoj.gov