IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA              )
                                      )
        v                             )          CR. NO. : 2:06cr218-MHT
                                      )
GEORGE HOEY MORRIS                    )
                                      )

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 16 October 2006, before the undersigned

Magistrate Judge.  Present at this conference was Attorney Jon Carlton Taylor, counsel

for the defendant, and Assistant United States Attorney Tommie Brown Hardwick,

counsel for the government.  As a result of the conference, it is

ORDERED as follows:

1.  Jury selection is set for 30 October 2006.   The trial of this case is set for the

trial term commencing on 30 October 2007, before U.S. District Judge Myron H.

Thompson and is expected to last two trial days.

2.   There is currently pending before the Court, a Motion to Dismiss Indictment

and a Motion in Limine.

3.  Proposed voir dire questions shall be filed on or before 24 October 2006.

Counsel should not include questions seeking information which is provided in the jury

questionnaire.

4.  All motions in limine shall be filed on or before 24 October 2006.  Motions in

limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

    5. Proposed jury instructions shall be filed on or before 30 October 2006

    6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on 18 October 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 30 October 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on 30 October 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 24th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE