IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )        2:06cr218-MHT
GEORGE HOEY MORRIS            )
a/k/a JOHNNY RAY FORTUNE      )
```

ORDER

It is ORDERED that the defendant George Hoey Morris's motion in limine (doc. no. 19) and motion for change of venue (doc. no. 21) are set for submission, without oral argument, on October 26, 2006, with all briefs due by said date.

DONE, this the 24th day of October, 2006.

```
            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE
```