IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06CR218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |

### **ORDER**

For good cause, it is

ORDERED that the Order to Show Cause entered on 23 October 2006 (Doc. # 13) is hereby VACATED.

DONE this 24th day of October 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE