IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |
| aka JOHNNY RAY FORTUNE | ) | |

RESPONSE TO MOTION FOR CHANGE OF VENUE

Comes now the United States of America, by and through Leura Garrett Canary, United

States Attorney for the Middle District of Alabama, and respectfully responds to defendant's Motion

for Change of Venue, and offers the following:

**Procedural History**

1.      In or about June 2006, a Federal Grand Jury indicted the defendant on 7 charges

involving violations of chapters 117, Transportation for Illegal Sexual Activity, 75, Visa Fraud, and

44, Unlawful Acts involving Firearms, of the United States Code.

2.      On or about September 7, 2006, a one-count Indictment was returned, by a properly

empaneled federal grand jury, against the defendant charging him with a violation of Title 18, United

States Code, Section 1542, False Statement in Application and Use of Passport.

3.      In or about October 2006, the defendant was found guilty, by a properly empaneled

petit jury, of 6 of the 7 charges.

4.      On or about October 23, 2006, the defendant filed a Motion for Change of Venue

in the present case and argued as grounds for the motion that: (1.) Newspapers in Eclectic, Alabama,

Montgomery County, and Elmore County, carried "...highly prejudicial material" concerning the

defendant, the trial, and the convictions; (2.) Local television stations broadcast similar reports as

well as information regarding defendant's prior conviction for distribution of cocaine; (3.) As a result of the publicity defendant has been labeled a "sexual predator" and his book, "VirginBride.Net", has been labeled as a guide to having sex with minor children; (4.) Pretrial publicity and word of mouth have created an inherently prejudicial atmosphere making the selection of a fair and impartial jury impossible; and, (5.) Trial of the defendant in the Middle District of Alabama will violate defendant's right to a fair and impartial jury as guaranteed by the Sixth and Fourteenth Amendments to the United States Constitution.

5.      Defendant argues that, in this case, the pre-trial publicity establishes presumed prejudice which mandates the granting of the instant motion.

**Legal Analysis**

6.      To prevail on a claim a defendant must establish that the pre-trial publicity and other events surrounding the trial resulted in either actual or presumed prejudice. Cummings v. Dugger, 862 F.2d 1504 (11th Cir. 1989).

7.      To determine whether presumed prejudice has been established by the defendant, the court examines whether the pre-trial publicity was sufficiently prejudicial and inflammatory and whether the publicity saturated the community in which the trial is to be or was held. Coleman v. Kemp, 778 F.2d 1487 (11th Cir. 1985); Mills v. Singletary, 63 F.3d 999 (11th Cir. 1995); Spivey v. Head, 207 F.3d 1263 (11th Cir. 2000).

8.      The saturation prong of the evaluation is separated into two separate inquiries: (1) defendant must prove that a substantial number of the people in the community could  have been exposed to some of the prejudicial media coverage; and, (2) that the effects of the media saturation continued until the trial. Heath v. Jones, 941 F.2d 1126 (11th Cir. 1991).

**Argument**

9.     The United States opposes the motion to transfer venue. The Middle District of Alabama is where the defendant is domiciled and where the crime occurred.

10.     The United States contends that the publicity, of which defendant speaks, has not been "sufficiently prejudicial and inflammatory", nor has the publicity "saturated the community" or been so pervasive so as to make a fair trial by an impartial jury an impossibility.

11.     Prejudice is not presumed simply because the defendant's criminal record is well publicized, Bundy v. Dugger, 850 F.2d 1402 (11th Cir. 1988), nor simply because the community was aware of the defendant's alleged misconduct. United States v. De La Vega, 913 F.2d 861 (11th Cir. 1990).

12.     The defendant's motion does not give examples, or speak to the nature of the pre-trial publicity he deems to be highly prejudicial and inflammatory. The government contends that because of this failure, the defendant fails in his burden under Coleman, et al. to establish that the publicity was prejudicial and inflammatory, let alone that it was *sufficiently* prejudicial and inflammatory to sustain a finding of presumed prejudice.

13.     The defendant states that newspapers and television stations in Eclectic, Alabama, and Montgomery and Elmore County, Alabama, carried coverage of either the allegations, the trial, or conviction, or some combination thereof.

14.     The Middle District of Alabama consists of 23 counties. Of those 23 counties, Eclectic, Alabama is located in Elmore County. Therefor, by the defendant's own statement, at most, there are 2 counties which have some prior knowledge of earlier allegations, the trial and/or the conviction.

15.     The government contends that the "community" which is to be considered when making this evaluation, is the whole of the Middle District of Alabama, that being all 23 counties. In light of the fact that only 2 counties received any type of media coverage of the earlier case, it cannot be successfully argued that the community has been "saturated" by publicity, and defendant fails in his burden of establishing that a substantial number of the people in the community could  have been exposed to some of the prejudicial media coverage.

16.     Further, the defendant does not include copies or examples of the alleged publicity and does not offer dates of broadcasts or printings. The Government is aware of, and makes available to the Court, articles it has collected, attached to this response as Exhibit A  It is clear that, past  October 12, 2006, no further publicity has been generated. The government contends that this fact defeats the second prong of the Heath test, because it is clear that a "cooling off" period has occurred between the publicity and the trial date of October 30, 2006.

17.     The articles published by the *Eclectic Observer*, the *Montgomery Advertiser*, and the *Wetumpka Herald*, recount the defendant's trips to Vietnam, his marriages to Vietnamese females, his publications, his websites, his legal battles, his charges and his convictions. There is nothing inherently prejudicial or inflammatory in any of the articles.

18.     The articles from Florida and the computer blogs also recount no prejudicial or inflammatory information sufficient for the Court to find that presumed, or actual prejudice, exists.

19.     Additionally, as the articles of Exhibit A (The Wetumpka Herald, dated October 11, 2006, The Eclectic Observer, dated October 3, 2005) indicate, and recorded phone calls from the Montgomery City Jail, by the defendant, establish, the government contends that at a hearing

4

it would show that the defendant has generated much of the pre-trial publicity and interest by calling and writing to various newspapers and reporters about the charges and the investigation(s), and has placed several self-authored articles on websites he maintains. The defendant should not be allowed to create pre-trial publicity and at the same time insist on a change of venue because of his creation.

20.    Finally, should the court determine that the pre-trial publicity (1) was **sufficiently** prejudicial and inflammatory and (2) that the publicity saturated the Middle District of Alabama, the government submits that the ultimate question is whether it is possible to select a fair and impartial jury to try the defendant. The government respectfully submits that the proper occasion for such a determination is made upon voir dire examination and that an evidentiary hearing on the motion is premature at this time.

For the reasons stated above, the United States requests that this Honorable Court deny the defendant's Motion for Change of Venue.

Respectfully submitted this the 26th day of October, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          Cr. No. 2:06-CR-218-MHT
                                  )
GEORGE HOEY MORRIS                )
aka JOHNNY RAY FORTUNE            )

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: J. Carlton Taylor.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov

6

# Articles -Exhibit A

*Eclectic Observer*
April 3, 2003
June 23, 2005
October 3, 2005
October 22, 2005
October 11, 2006

*Montgomery Advertiser*
October 7, 2006
October 12, 2006 (Reprint of October 5, 2006 computer blog posting)

*Wetumpka Herald*
October 11, 2006

**Florida**
October 2005 (WJHG-TV)
December 2005 (WEAR-TV)

**Computer Blog**
October 5, 2006

**Websites**
www.webvietnam.info
www.georgehoeymorris.com
www.virginbride.net
www.whynowdumka.us (October 15, 2005)
www.theworldaroundyou.com (September 24, 2004)
www.poe-news.com (March 17, 2004)

**WSFA**
Computer Blog printed October 9, 2006

Thursday, April 3, 2003

# Area man writes book on Vietnam

    An Eclectic man who was formerly prohibite
from visiting Vietnam by the government has bee
granted a multiple entry visa that he says allow
him to come and go as he pleases. Observer read
ers may remember when Hoey Morris was deport
ed from that nation on three occasions during th
mid-nineties.    According to him things hav
changed a lot in Vietnam since then. "All they can
about now is tourism", he told the Observer.

# The Eclectic Observer

Vol. 16 • No. 25     Thursday, June 23, 2005     *Serving the Eclectic & Lake Martin area*

## Morris placed in federal custody

### Eclectic man jailed 'to protect the community'

**By David Goodwin**
*News Editor*

A federal judge ordered U.S. Marshals to take Eclectic resident George Hoey Morris into custody Friday after hearing testimony that he is a flight risk and a threat to his community.

Morris, 57, was indicted on charges of fraud and misuse of visas and permits on April 20, in relation to his use of an alias

— Johnny Ray Fortune — to gain entry to Vietnam, a country that deported him in 2003. He was then placed under house arrest with a tracking device locked around his ankle.

But after a pretrial hearing June 17, U.S. Magistrate Judge Susan Russ Walker concluded "there are no conditions or combination of conditions which will reasonably assure the appearance of (Morris) or protect the community and that the

defendant should be detained," according to her written order.

Morris — author of a book explaining how to "enjoy legal sex with very young females" — was put in the custody of U.S. Marshals, U.S. Attorney Leura Canary said. Marshals



**Morris**

*See MORRIS, Page 7 ▼*

## Harassment conviction appealed

**By David Goodwin**
*News Editor*

U.S. Attorney Leura Garrett Canary for use in an ongoing investigation of Morris's activities. Morris was convicted of George Hoey Morris was convicted in Elmore County District Court on May 26 of two counts of harassment.

Morris appealed the verdict to circuit court, where the process will start over. But District Attorney Randall Houston said he then sent the information to

"approaching two juveniles and asking to take pictures of them," assistant district attorney B.J. Lewis said. One of the victims, he added, was a 12-year-old.

Each count carries a possible sentence of three months in jail.

## Quiz kids

Middle school students travel to Colorado for . . .



**Coming attraction:** Contractors expect Eclectic's new

*David Goodwin/ The Observer*

## Morris

generally place subjects in the
custody of a local jail, but Caudry
was not sure where he is being
held. Jury selection in Morris'
visa fraud trial is scheduled for
June 19.

In a letter postmarked June
15 — two days before he was
put in federal custody —
Morris told The Observer —
"this charge was the result of
an error I made four years
ago."

"The charge was a result of
frustrated investigators who
would not admit they made a
mistake," Morris wrote.

Walker's order listed
numerous justifications for
Morris' detention, including
tions, the risk he might flee
prosecution and many ongo-
ing investigations of
Morris' activities is ongoing.

Morris is also charged with
third-degree possession of
marijuana and drug parephe-
nalia, which was discovered
during a March 17 raid of his
home. Police entered his
home on reports that two
juvenile girls, 13 and 15 years
old, were in the home without
their parents' consent. Though
Eclectic Police Chief Gordon
Lechner said the two girls

Due to their explicit and
exploitative content, the
Observer declined to publish
the name of Morris' book or
Web site.

During a Jan. 20 raid by
FBI, Alabama Bureau of
Investigation and Immigration
and Customs Enforcement
(ICE) agents, Morris' home
computer, more than 3,000
year-old girl — to participate
juveniles — including one 12-
harassment for asking two
on May 26 of two counts of
Elmore County Circuit Court
Morris was convicted in

were later found elsewhere,
often there as Johnny
Ray Fortune, Morris told The
Observer in a January e-mail
pharmaphile and possession of
the cannabis residue and par-
to the former editor. "The
name during my travels."

After the warrant was
established that Morris is an
extreme flight risk. According
to court records, Morris is
obtained by the Department of
Homeland Security, Morris
told The Observer he was
leaving the country

Court records also state
that Morris is under investiga-
tion by the FBI, Social
Security number in
the Florida and for forgery voter
fraud and possession of child
pornography in Alabama.

According to Walker's
order, Morris "had sexual
relations with more than 400 females of
all ages." He also "admitted to visiting some
65 foreign countries, 39 states
and has not accessed at least
leaving" the country

Morris is the proprietor of a
Web site that lists strategies to
"enjoy legal sex with very
young females." A picture of
that site, which lists
Asian girls dominates the first
page of the site, which
time.

Morris is currently under
investigation for misuse of a
Social Security number in
advertises his book, which his
site states "contains 180 pages
of text and photos detailing
everything you need to know
about legal sex and marriage
with very young females."

Chapters include "The
International Guide to Legal
Sex with Young Females,"
Behavior of
"Photography and the Minor,"
and "Sexual Behavior of the
Young American Females."

The site also contains glossy
200 photos, including some
underwear, and the 12-year-
old was asked to pose in her
underwear, and the 12-year-
old was asked to pose nude."

According to Walker's
order, the government intends
to seek another indictment in
this case based on evidence
and his next "possessed at least
one and possibly two firearms
subsequent to his felony con-
viction."

continued from page 1



## Geznet
### Computer Solutions
P.O. Box 240545 • Eclectic, AL

**UNLIMITED LOCAL INTERNET SERVICE**
$19.95 per month

High Speed ISDN SERVICE

For Information Call
**334-541-5390**

---

**Affordable**
**Veterinary Care**
For Every Stage of
Your Precious
Pet's Life!

### SMALL ANIMAL
### ANIMAL MEDICAL CENTER
### MEDICINE & SURGERY

Dr. Stanley T. Ouzts, DVM
Sheri L. Ouzts - Office Manager
445 Friendship Road - Tallassee

HOURS:
Mon. Wed. Fri. 7:30 a.m. - 6 p.m.
Thurs. & Sat. 8 a.m. - Noon
Closed Tues. & Sun.

24-Hour Emergency
Service
**334-283-5310**
**334-558-1045**

Serving The Tallassee/Notasulga Area Since 1978



## GASSETT
## FUNERAL HOME

**Summer Money**

*"An Upscale" is Here*
Where service after the sale is what makes the difference

### BEN ATKINSON MOTORS
FORD-MERCURY-CHRYSLER-DODGE-JEEP-CHEVY

Hwy. 14 • Tallassee • Call For Easy Directions
Local 283-6815 • Long 262-2544 • Statewide 1-800-255-5650

*'If ya can't beat your best deal...'*
**YOU GET A**
**HUNDRED-DOLLAR BILL!**

Are you a lazy, hazy o
crazy days of sum

Whatever you like to do on summer
thing between you and packing your b
able to help.

Fast - same day cash upon app
Easy - come in or call to apply
Friendly and Professional Ser
financial needs

American General Financial Services
and any budget.

*Morris*
*Sd*



# Tallapoosa Publishers, Inc.    

## Eclectic Observer > News

### Morris blames town, state, feds for legal troubles

*By David Goodwin*
Updated: Monday, October 03, 2005

In a 9,000-word statement mailed to The Observer last week, embattled Eclectic resident George Hoey Morris, who remains in federal custody on immigration and firearms charges, blames a conspiracy of local, state and federal officials for his ongoing legal troubles.

Morris - author of a self-described "instruction manual" for those seeking sex with minors - claims in "Homeland Insecurity" that a Homeland Security agent and the town's mayor conspired to rob him of his constitutional rights.

"Mayor (Alan) Nummy used the EPD ... as his private Gestapo," Morris wrote in the statement, also posted on his Web site. Morris will be tried in federal court for visa fraud and two federal gun charges. The trial is scheduled for November, though the Morris investigation is ongoing, according to state and federal law enforcement officials.

"I'm chomping at the bit to get them back in court," he said last week by telephone, "but my lawyer's making me wait until November."

Nummy - an employee of Alabama Attorney General Troy King who had previously declined comment to respect the ongoing federal prosecution - said Tuesday he had read "Homeland Insecurity."

"I found it to be one of the best works of fiction I've read lately," Nummy said, adding a categorical denial of Morris' charges. "The only conspiracy on my part is to find and prosecute those who break the law."

Eclectic native Thomas Coram Jr., a field agent with Immigration and Customs Enforcement, is not permitted to comment on ongoing investigations.

The "illegal alliance," Morris said, enfolded law enforcement agencies from the Eclectic Police Department to the Alabama State Troopers and FBI. The conspirators were out "to ruin me and my family," Morris said, "because they could not get charges of child pornography to stick."

Morris' legal battles began in April 2003, he said, when a truck carrying 1,000 copies of his book and 800 copies of a "young models" CD was confiscated near Andalusia. The book - which The Observer declines to name due to its explicit and exploitative content - contains hundred of pictures of underage females, often in minimal clothing.

However, charges were never filed against Morris in Andalusia, and current Covington County District Attorney Gregory Gambril said a grand jury did not return an indictment on the truck's driver, West Virginia resident Adam Sage. But, Gambril added, that could mean the grand jury didn't find the material to be pornographic, or that they believed Sage had no knowledge of his

cargo.

Morris repeatedly disputes charges of child pornography in "Homeland Insecurity," though the recent investigation has focused on his overseas travels and the very young southeast Asian girls that dominate his book, not the content of the pictures.

Morris traveled extensively to Vietnam to research an article on anti-American sentiment during and after the Vietnam War. He is also known to have married, then divorced, multiple Vietnamese girls younger than 16.

Copyright © 2005. All Rights Reserved.
The Alexander City Outlook

04 - 00396
SRR



# Tallapoosa Publishers, Inc.      

## Eclectic Observer > News

### Morris charged with Fla. voter fraud

**By David Goodwin**
Updated: Saturday, October 22, 2005

Eclectic resident George Hoey Morris knows the law.

Much of his self-published book - a kind of instructional manual for man–girl matrimony - discusses laws relating to child pornography, sexual abuse and international travel, in an effort to demonstrate "how to enjoy legal sex with very young females"

But Morris should have paid closer attention to statutes regarding the rights, and limitations, of those who have felony convictions.

Morris was charged with elections fraud in Okaloosa County (Fla.) last week. Though he is already in the custody of U.S. Marshalls at the Montgomery City Jail, the Okaloosa County Sheriff's Department filed a "detainer" against Morris to ensure that, should he be released, the Okaloosa County Jail will be his next stop.

Morris was convicted in 1980 of felony narcotics distribution in Colorado. According to sheriff's department spokesperson Michele Nicholson, Morris registered to vote in 1999 and cast a ballot in the 2002 midterm elections, in violation of Florida election laws. He is charged with false swearing of voter information in Fort Walton Beach, Fla.

Morris will stand trial on a number of federal charges during the first week of November. He is charged with visa fraud - for lying about his marital status on a visa application - and two federal gun charges. The gun charges alone could carry a sentence of 10 years, according to U.S. Attorney Leura Garrett Canary. An Eclectic-based harassment charge was dismissed in Circuit Court last week, but prosecutors plan to present the evidence to a grand jury and seek a felony charge instead.

Copyright © 2005. All Rights Reserved.
The Alexander City Outlook

Subscribe>> | Place a Classified Ad>> | Submit a

# The Eclectic Observer

**Thursday October**

Site Index

Home

Local News

World News

Sports

Obituaries

Opinion

Classifieds

Features

Calendar

Community Links

Religion

**Online Sections**

Financial News

Health News

Entertainment

Services

Wedding Shop

Guestbook

About Us

**Search Archives**



For Archives
older than 7 days

**Search Classifieds**



**Weather**

## Eclectic News > Eclectic Observer

### Juries find Virginbride.net author guilty

**By Donna Sparks-Managing Editor**                 Wednesday, October 11, 2006 8:57 PM CDT



George Hoey Morris

Before Alan Nummy had been sworn in as mayor of Eclectic, one of the first items of business brought to his attention concerned possible illegal activity by a resident in the town.

That item of business was settled Oct. 6 in Montgomery when a federal jury found George Hoey Morris, 59, guilty of transportation for illegal sexual activity, visa fraud and being a previously convicted felon in possession of a firearm.

Morris caused great concern to other residents in the town with his book, virginbride.net, in which he described how to find young virgins, have sex with them and bring them back to America, all legally.

Nummy first received calls from several citizens about Morris' involvement with an acquaintance on Harden Court.

The police department did make an arrest of Morris' acquaintance on Harden Court for drugs. She later chose to leave Eclectic.

"An agent from the Attorney General's office came to see me and questioned me about my knowledge of Hoey, and to advise me about an investigation under way involving illegal activities," Nummy said. "He said he would appreciate it if the Eclectic Police Department would pass any information about Morris they received to the Attorney General's office."

After Nummy was sworn in, a new police chief and officers were hired, and he continued to receive complaints about Morris.

"These residents felt like they weren't getting the service they needed, but I could not interfere with the investigation already being conducted," Nummy said.

The investigation was initiated when the Immigration and Customs Enforcement CyberCrime Center (ICE) in Washington, D.C., received information from the Library of Congress that Morris was seeking a copyright for his book. The center referred the

Spons

Adverti
Florist

For Ric
334-58



**58**
more...

case to ICE agents assigned to the Montgomery office.

One afternoon, Nummy was advised that a multi-agency search would take place at Morris' home at 101 Claud Road the next day.

"After that search, Mr. Morris apparently considered me to be one of his main antagonists, and he began his campaign to discredit me and the Eclectic Police Department," Nummy said. "This campaign ranged from letters to the editors of newspapers, and even an attempt to discredit police officer Chris Miles. He also asserted that Chris is my nephew."

But Morris also attempted to entice the police department into taking actions that would appear to be harassment, Nummy said. One of these included speeding through the town in front of First Baptist Church during the morning services, and other areas, playing his car stereo very loudly.

"I told the police department not to let Hoey pull them into his trap," Nummy said.

During this time, the mayor's office continued getting calls from citizens.

"We had a report of missing 13- and 15-year-olds who were allegedly at Hoey's house," Nummy said. "Chief Ledbetter and EPD officers went to his house looking for the girls, but they weren't at the residence. It turned out they were with his son and a friend. Hoey's son was not charged, however, his friend was convicted of second degree rape in connection with this incident."

Morris continued making accusations until his incarceration.

"Hoey even complained to the sheriff's office about the Eclectic Police Department," Nummy said. "One of those calls resulted in the discovery of the gun he was later convicted of possessing. The EPD also arrested him for drug charges."

Nummy points out that the town's involvement in this case has been to assist state and federal agencies with their investigation.

"No felony charges have ever been filed on Hoey Morris by the EPD," he said.

But the federal government presented its evidence during the trial, asserting that in 1989, Morris flew a light plane into the Socialist Republic of Vietnam without permission and was deported from that country, an event that would occur four times before 1997. Because of these actions, Morris was barred from re-entering Vietnam.

According to the U.S. Attorney's office, in 1997, Morris legally changed his name to Johnny Ray Fortune and was able receive a new passport under that name, allowing him to make more trips to Vietnam.

The evidence showed Fortune made more than 20 trips to Vietnam during the 1990s, engaging in sexual activity with Vietnamese girls under the age of 16, taking at least two of the girls to Thailand for the purpose of engaging in further illegal sexual conduct with them.

In June 2006, a federal grand jury in Montgomery returned an indictment charging Morris with transportation of illegal sexual activity and visa fraud. Morris was also charged with federal firearms violations for possessing a firearm in spite of a prior felony conviction and alleged drug use.

Reports show the federal firearms charges were later severed from the visa fraud and transportation for illegal sexual activity charges, and the two cases were tried separately before different judges.

A jury began hearing testimony on the federal firearms charges Oct. 2 before the Honorable L. Scott Coogler, United States District Court Judge for the Northern District of Alabama who was sitting as a visiting judge in the Middle District of Alabama.

When the jury began deliberations on the firearms charges, trial on the visa fraud and transportation charges began before a separate jury. The jury returned a guilty verdict against Morris Oct. 4 on the federal firearms charges. The second jury also returned a guilty verdict against Morris Oct. 5 on the counts of the indictment involving transportation for illegal sexual activity and visa fraud.

U.S. Attorney Leura G. Canary of the Middle District of Alabama said, "We are extremely pleased with these verdicts. Our office will vigilantly prosecute predators of children and seek the maximum penalty permitted under federal law."

Michael A. Holt, Special Agent-In-Charge of Immigration and Customs Enforcement (ICE) in New Orleans said, "Predators exploit children in many different ways. ICE will continue to work diligently with U.S. Attorneys and local police and sheriff's departments to hold those who prey on the most vulnerable in society responsible for their actions."

Morris will be sentenced in December. He faces a sentence of up to 20 years on some of the transportation charges (counts one and two), the visa fraud charges and the federal firearms charges, and up to 15 years on certain other transportation charges (counts three and four). Morris also faces a fine of up to $250,000 for each charge on which he was convicted.

While Morris said he was being treated unjustly by law enforcement, Nummy said that wasn't true.

"As far as I'm concerned, he wasn't treated any differently than other criminal defendants," he said. "It's arrogant that Hoey feels we went to extreme means to get him, when all we did was cooperate with other agencies, just as we would with any investigation. We will always provide that assistance."

Nummy also wants the residents in Eclectic to understand that part of being an elected official means not always being able to answer questions from citizens.

"Because this was a federal investigation, we could not answer any questions about the case," he said. "I feel vindicated now after seeing the end result."

Nummy is relieved that Morris will be behind bars now.

"I feel for his family, but I believe justice was served and that the community is now a safer place," Nummy said. "I have no doubt he was a serious threat to Eclectic and other communities."

The case was investigated by the Eclectic Police Department, Elmore County Sheriff's Department, Alabama Attorney General's Office, Alabama Bureau of Investigation, Alabama Department of Forensic Sciences, the Bureau of Alcohol, Tobacco and Firearms, the Federal Bureau of Investigation, the U.S. Department of State, U.S. Immigration and Customs Enforcement, and the U.S. Postal Inspection Service, with the aid and cooperation of the Socialist Republic of Vietnam.

The case was prosecuted by Assistant United States Attorneys Todd Brown and Susan Redmond.

✉ E-mail this story          Back to Index          Print This Story 

---

This is an on-line publication of The Wetumpka Herald
300 Green St. Wetumpka, AL 36092 (334) 567-7811
For comments or questions, email The Wetumpka Herald Webmaster.

*On-line publication, Copyright © 2006 The Wetumpka Herald .*

Customer Service  Subscribe Now  Renew Subscription  Place a Classified  Contact Us

# montgomeryadvertiser.com

**montgomeryadvertiser.com** ::Weather | Jobs | Cars | Homes | Apartments | Classifieds | Shopping | Dating

News     Nation/World     Obituaries     go!  Entertainment     Sports     Business     Opinion     Archives     Communities     Travel

▶ Proudly Serving Central Alabama for 175 Yea

## Navigation

Homepage
News
 ▶Alabama
 ▶Archives
 ▶Business
 ▶Elections
 ▶Games and Comics
 ▶Lifestyle
 ▶Local
 ▶National
 ▶News of Record
 ▶Obituaries
 ▶Opinion
 ▶Photo Galleries
 ▶Help for Teachers
 ▶Technology
 ▶Weddings
Entertainment
Sports
Classifieds
 ▶Cars
 ▶Homes
 ▶Jobs
 ▶Place an ad
Customer Service
 ▶Contact Us
 ▶Subscribe
Communities

# Montgomery Advertiser

### montgomeryadvertiser.com

Newspaper archive powered by **NewsBank**

## Archive Search ▸ Buy

Basic Search

Search for: [george hoey morris]    [All articles (1/1/1999 to Current)]    [Search]

☐ Return best matches first

» New Search     » Advanced Search     » Pricing     » Help     » FAQ

4 article(s)

(from 1/1/1999)

(Results 1 - 10)
Login

**1. Book gets officials' attention**
**June 22, 2003 ▪▪ 1119 words ▪▪ ID: mnt31707302**
"Virginbrides.net" is the focus of an investigation into whether the book is pornography An Elmore County man may be facing child pornography charges in Covington County after authorities seized 1,000 books he authored on how to find young, virgin brides. George Hoey Morris, 57, of Eclectic wrote the book, "Virginbrides.net," which chronicles his international travels seeking young brides. Morris said he has been married four times to  [BUY]

**2. Man wants confiscated books, CDs returned**
**November 7, 2003 ▪▪ 525 words ▪▪ ID: mnt34518717**
An Elmore County man wants to get his property back from Covington County authorities, who seized books and compact discs in April on the grounds they were child pornography. George Hoey Morris, 57, wrote the book "virginbride.net," which chronicles his international travels seeking young brides. Adam Sage of Inwood, W.Va., was arrested in Andalusia in April, and was charged with two counts of intention to distribute child

pornography when he was stopped while 

**3. Sex trade guide author convicted**
**October 7, 2006 ** 366 words ** ID: mnt16975201**
sjohnson3@gannett.com 59-year-old man found guilty of transporting girls from Vietnam for illegal activity An Eclectic man's "how-to" guide on finding teenage girls for sex likely will earn him a stint in a place where his companionship will be entirely of the adult male variety. George Hoey Morris, 59, was convicted by a federal grand jury this week on charges of transportation for illegal sexual activity, visa fraud and being a previously convicted 

**4. Tri-Countyline**
**October 19, 2005 ** 474 words ** ID: mnt9019354**
MONTGOMERY Eclectic author faces federal charges MONTGOMERY -- A man who has written a book and has a Web site that promotes sex and marriage between men and girls as young as 12 was being held Tuesday in the Montgomery city jail on a voter fraud charge from Okaloosa County, Fla. Authorities said George Hoey Morris, 58, of Eclectic also is being held on a federal charge of immigration fraud. He is the author of Virginbride.net, a self-published book that tells men how to travel to 

All content copyrighted and may not be republished without permission.

Home | News | Entertainment | Sports | Classifieds | Cars | Homes | Jobs | Customer Service

**Choose to know**
Click here to subscribe.

Montgomery Advertiser
montgomeryadvertiser.com



**Ben Atkinson Motors**
"Where Service After the Sale Makes the Difference."




Our Partners:







Jobs: careerbuilder.com | Cars: cars.com | Apartments: apartments.com | Shopping: shoplocal.com
Customer Service | Subscribe | Renew Subscription | Place a Classified | Contact Us
Copyright © 1997- 2005 The Advertiser Co. Use of this site signifies your agreement to the Terms of Service and Privacy Policy (Updated 6/7/2005)

montgomeryadvertiser.com

**Montgomery Advertiser**

This is a printer friendly version of an article from the **The Montgomery Advertiser**
To print this article open the file menu and choose Print.

◄ Back

## Sex trade guide author convicted

**By Scott Johnson**
**Montgomery Advertiser**

October 7, 2006

An Eclectic man's "how-to" guide on finding teenage girls for sex likely will earn him a stint in a place where his companionship will be entirely of the adult male variety.

George Hoey Morris, 59, was convicted by a federal grand jury this week on charges of transportation for illegal sexual activity, visa fraud and being a previously convicted felon in possession of a firearm for his role in transporting girls from Vietnam to the United States.

Morris is scheduled to be sentenced in December.

Federal authorities began investigating Morris when they discovered he had written a book on how to find underage girls in foreign countries for sex. The Library of Congress informed officials that Morris was seeking a copyright for the book.

The book has the same name as a Web site on the subject and states its purpose clearly:

"(This book) tells you how you can enjoy legal sex with very young females ... (It) tells you where the virgins are and what U.S. government forms you need to fill out to bring them home."

Eclectic Mayor Alan Nummy said he was relieved that Morris had been convicted.

"I feel for his family, but I feel like he was a threat to the community and I'm glad he's off the streets," Nummy said.

Morris has been jailed previously for a number of offenses. He even had gone on the offensive in his struggles with the law, Nummy said.

"Before he was locked up, he engaged in a pattern of attempted intimidation against me" and law enforcement officials, Nummy said. The efforts were "very aggressive," the mayor added, but unsuccessful.

The visa fraud charges stemmed from Morris' applying for fiancée visas, which the government will sometimes grant when a person from a foreign country intends to marry an American citizen, U.S. Attorney Louis Franklin said.

During the 1990s, Morris made more than 20 trips to Vietnam, sometimes under the name Johnny Ray Fortune. Prosecutors said he often would take the girls from Vietnam to Thailand, where laws against sex with minors are not enforced as strictly as in some other countries.



## Juries find Virginbride.net author guilty



*By Donna Sparks-Managing Editor*

Before Alan Nummy had been sworn in as mayor of Eclectic, one of the first items of business brought to his attention concerned possible illegal activity by a resident in the town.

That item of business was settled Oct. 6 in Montgomery when a federal jury found George Hoey Morris, 59, guilty of transportation for illegal sexual activity, visa fraud and being a previously convicted felon in possession of a firearm.

Morris caused great concern to other residents in the town with his book, virginbride.net, in which he described how to find young virgins, have sex with them and bring them back to America, all legally.

Nummy first received calls from several citizens about Morris' involvement with an acquaintance on Harden Court.

The police department did make an arrest of Morris' acquaintance on Harden Court for drugs. She later chose to leave Eclectic.

"An agent from the Attorney General's office came to see me and questioned me about my knowledge of Hoey, and to advise me about an investigation under way involving illegal activities," Nummy said. "He said he would appreciate it if the Eclectic Police Department would pass any information about Morris they received to the Attorney General's office."

After Nummy was sworn in, a new police chief and officers were hired, and he continued to receive complaints about Morris.

"These residents felt like they weren't getting the service they needed, but I could not interfere with the investigation already being conducted," Nummy said.

The investigation was initiated when the Immigration and Customs Enforcement CyberCrime Center (ICE) in Washington, D.C., received information from the Library of Congress that Morris was seeking a copyright for his book. The center referred the case to ICE agents assigned to the Montgomery office.

One afternoon, Nummy was advised that a multi-agency search would take place at Morris' home at 101 Claud Road the next day.

"After that search, Mr. Morris apparently considered me to be one of his main antagonists, and he began

his campaign to discredit me and the Eclectic Police Department," Nummy said. "This campaign ranged from letters to the editors of newspapers, and even an attempt to discredit police officer Chris Miles. He also asserted that Chris is my nephew."

But Morris also attempted to entice the police department into taking actions that would appear to be harassment, Nummy said. One of these included speeding through the town in front of First Baptist Church during the morning services, and other areas, playing his car stereo very loudly.

"I told the police department not to let Hoey pull them into his trap," Nummy said.

During this time, the mayor's office continued getting calls from citizens.

"We had a report of missing 13- and 15-year-olds who were allegedly at Hoey's house," Nummy said. "Chief Ledbetter and EPD officers went to his house looking for the girls, but they weren't at the residence. It turned out they were with his son and a friend. Hoey's son was not charged, however, his friend was convicted of second degree rape in connection with this incident."

Morris continued making accusations until his incarceration.

"Hoey even complained to the sheriff's office about the Eclectic Police Department," Nummy said. "One of those calls resulted in the discovery of the gun he was later convicted of possessing. The EPD also arrested him for drug charges."

Nummy points out that the town's involvement in this case has been to assist state and federal agencies with their investigation.

"No felony charges have ever been filed on Hoey Morris by the EPD," he said.

But the federal government presented its evidence during the trial, asserting that in 1989, Morris flew a light plane into the Socialist Republic of Vietnam without permission and was deported from that country, an event that would occur four times before 1997. Because of these actions, Morris was barred from re-entering Vietnam.

According to the U.S. Attorney's office, in 1997, Morris legally changed his name to Johnny Ray Fortune and was able receive a new passport under that name, allowing him to make more trips to Vietnam.

The evidence showed Fortune made more than 20 trips to Vietnam during the 1990s, engaging in sexual activity with Vietnamese girls under the age of 16, taking at least two of the girls to Thailand for the purpose of engaging in further illegal sexual conduct with them.

In June 2006, a federal grand jury in Montgomery returned an indictment charging Morris with transportation of illegal sexual activity and visa fraud. Morris was also charged with federal firearms violations for possessing a firearm in spite of a prior felony conviction and alleged drug use.

Reports show the federal firearms charges were later severed from the visa fraud and transportation for illegal sexual activity charges, and the two cases were tried separately before different judges.

A jury began hearing testimony on the federal firearms charges Oct. 2 before the Honorable L. Scott Coogler, United States District Court Judge for the Northern District of Alabama who was sitting as a

visiting judge in the Middle District of Alabama.

When the jury began deliberations on the firearms charges, trial on the visa fraud and transportation
charges began before a separate jury. The jury returned a guilty verdict against Morris Oct. 4 on the
federal firearms charges. The second jury also returned a guilty verdict against Morris Oct. 5 on the
counts of the indictment involving transportation for illegal sexual activity and visa fraud.

U.S. Attorney Leura G. Canary of the Middle District of Alabama said, "We are extremely pleased with
these verdicts. Our office will vigilantly prosecute predators of children and seek the maximum penalty
permitted under federal law."

Michael A. Holt, Special Agent-In-Charge of Immigration and Customs Enforcement (ICE) in New
Orleans said, "Predators exploit children in many different ways. ICE will continue to work diligently
with U.S. Attorneys and local police and sheriff's departments to hold those who prey on the most
vulnerable in society responsible for their actions."

Morris will be sentenced in December. He faces a sentence of up to 20 years on some of the
transportation charges (counts one and two), the visa fraud charges and the federal firearms charges, and
up to 15 years on certain other transportation charges (counts three and four). Morris also faces a fine of
up to $250,000 for each charge on which he was convicted.

While Morris said he was being treated unjustly by law enforcement, Nummy said that wasn't true.

"As far as I'm concerned, he wasn't treated any differently than other criminal defendants," he said.
"It's arrogant that Hoey feels we went to extreme means to get him, when all we did was cooperate with
other agencies, just as we would with any investigation. We will always provide that assistance."

Nummy also wants the residents in Eclectic to understand that part of being an elected official means
not always being able to answer questions from citizens.

"Because this was a federal investigation, we could not answer any questions about the case," he said. "I
feel vindicated now after seeing the end result."

Nummy is relieved that Morris will be behind bars now.

"I feel for his family, but I believe justice was served and that the community is now a safer place,"
Nummy said. "I have no doubt he was a serious threat to Eclectic and other communities."

The case was investigated by the Eclectic Police Department, Elmore County Sheriff's Department,
Alabama Attorney General's Office, Alabama Bureau of Investigation, Alabama Department of
Forensic Sciences, the Bureau of Alcohol, Tobacco and Firearms, the Federal Bureau of Investigation,
the U.S. Department of State, U.S. Immigration and Customs Enforcement, and the U.S. Postal
Inspection Service, with the aid and cooperation of the Socialist Republic of Vietnam.

The case was prosecuted by Assistant United States Attorneys Todd Brown and Susan Redmond.

---

Copyright © 2006 The Wetumpka Herald
http://www.thewetumpkaherald.com



**MSNBC.com**

# Elections Fraud Arrest of Alleged Conspirator in International Sex investigation

WJHG-TV

The Okaloosa County Sheriffs Office says a man at the center of an international child sex investigation is being held in Montgomery, Alabama on a felony voting fraud charge out of Ft. Walton Beach. Fifty-eight-year-old George Hoey Morris, of 385 Wade Morris Road in Eclectic, Alabama, and formerly of Okaloosa County, is charged with false swearing of voter information.

Investigators with the Okaloosa Sheriffs Office say although Hoey was convicted of a felony offense involving the sale of illegal narcotics in Colorado in 1980, he registered as a qualified voter in Okaloosa County in 1999 and cast a ballot in November 2002, a violation of Florida election laws.

Federal authorities say the arrest means Morris will remain in detention in the Montgomery Alabama City Jail where hes also charged with immigration fraud.

Morris is at the center of an international probe involving allegations he took part in unlawful sex with hundreds of minor females between the ages of eleven and fifteen in other countries, including Vietnam, Thailand and Mexico.

Law enforcement officials believe Morris poses a danger to the community and is a flight risk.

© 2005 MSNBC.com

URL: http://www.msnbc.msn.com/id/9688274/

News



 

## Morris Disputes Immigration & Voting Fraud Charges
### By: mbarrows@sbgnet.com

A former Fort Walton Beach man, who ran a website devoted to legally having sex with underage girls, says the government is violating his civil rights.

George Hoey Morris filed a complaint against Homeland Security, Immigrations Customs Enforcement or "ICE" and "ICE" Officer Thomas Coram, Jr.

In the suit, Morris claims Alabama agents, especially Coram, tried unsuccessfully to arrest him for child pornography and other sex crimes against children.

Out of frustration, Morris says they generated immigration and voting fraud charges against him.

Morris is seeking hundreds of thousands of dollars in damages for unlawful imprisonment, humiliation, and violating his free speech.

### *Copyright 2005 WEAR-TV*



Return To News Page

Use keywords to find stories on our site

[     ] Search

Enter any word to search our site.

Click Here To Get The WEAR WeatherBug

iTunes + cingular
Now Only $149.99
With 2 year agreement
Buy It Now

@2005 Sinclair Broadcast Group, Inc.    CNN.com

**Virgin Bride Case Completes Second Day**

Oct 5, 2006 09:03 AM

MONTGOMERY, Ala., October 4, 2006 -- The trial of George Hoey Morris known for his book explaining to readers how to bring "Virgin Brides" into the United States from other countries ended the first full day of testimony on Wednesday with the jury getting to watch and hear from the alleged victim of Morris' alleged crimes, Thao Pham, through a video deposition.

The government alleges Morris marred Thao Pham in Vietnam on April 15, 1999 when she was underage (15 years old), and knowingly transported her in foreign commerce, or knowingly induced her to travel in foreign commerce with the intent that she engage in sexual activity with him, among other charges.

Morris's attorney had filed a motion to try and prevent the inclusion of the recorded testimony of Thao Pham claiming the "right of marital privilege" but the motion was denied by Magistrate Judge Susan Walker stating "a defendant spouse may not commit abuse or another offense and then hide behind the marital privilege to shield himself from criminal prosecution based on that abuse."

The jury almost didn't get to see the testimony when the court could not find a laptop that would play the DVD - R on which the deposition was recorded. Computers were tried all over the federal courthouse until first one brought in from the prosecutor's office was gotten working by a young man and simultaneously one brought up from elsewhere in the building was massaged carefully by Judge Coogler, with his robe off and doing his best impersonation of a computer technician, showed signs of life and court was finally back in session after almost an hour of effort, late Wednesday afternoon.

The judge kept his sense of humor throughout at one point mimmicking the herky jerky action on the video that was not playing correctly when they tried to get the DVD to go back to the beginning. Coogler drew hearty laughs from the gaggle of attorneys gathered around him as he finally got a machine working. One could tell the judge, who had showed amazing patience during the ordeal, finally was getting a little irritated when he grabbed his robe and upon return to the bench said, "We're holding up the jury...Let's get our players in."

In the first 50 minutes of the deposition, the remaining 40 minutes and another hour and a half plus will be shown to the jury on Thursday, Thao Pham is shown answering questions from Assistant U.S. Attorney Susan Redmond.

Pham answers questions about her background indicating she was living in Ho Chi Minh City in Vietnam, better known to many as Saigon, with her parents when she met George Hoey Morris, aka Johnny Ray Fortune. Pham new the defendant by the name "Johnny" or "Mr. Johnny."

Pham told Redmond, through a translator, she knew Fortune because, "Mr. Johnny went to Vietnam. He came to marry my older sister." Pham told the government attorney during questioning that she first met "Johnny" in an area of Ho Chi Minh City reserved for "Americans who come to Vietnam." She says she traveled to the

area with her sister and her parents.  When asked what had happened at the meeting, Pham says, "When we came there Mr. Johnny changed his mind.  He did not want to marry my sister, but marry me."  She says she was 15 years old at the time.   Pham says she was not old enough to marry in Vietnam.

The young woman says when Johnny changed his mind about marrying her sister, "All he said to my family was he change his mind and wants to marry me."  She said after that "we had a party."  She says the party was before they actually got married.  She was asked to identify a "marriage invitation card" bearing both her name and Johnny's name.  She also identified her birth certificate that showed a date of birth in December 1983.

Pham told the prosecutor she was married on a boat and wore a wedding gown and confirmed that pictures were taken of her at the event.  She identified a picture of her standing next to Johnny at the wedding.

She says she went back home with her parents that evening.  Redmond asked Pham, "Who told you that Johnny was your husband?"  Pham answered, "My mother said."

"So a judge, or a monk, or a priest did not tell you that you and Johnny were married?"

"No, ma'am," replied Pham.

Pham says the next morning she went to the airport in Vietnam with her family and Johnny, but she got on the plane only with Johnny.  She says they went "to Thailand" and "stay at the hotel in Bangkok."

When asked if she and Johnny stayed in "one room or two rooms," Pham answered, "One room, ma'am."  When asked what she and Johnny did the Vietnamese woman says, "Ma'am Johnny and I stay and sleep together."  She says they also went "shopping and eating."

At around 4:43 p.m. during the video a note came in to the judge from the jury deliberating the gun charge.  The judge had the note with his written reply shown to the attorneys and carried back to the other courtroom.

Back with the Pham video deposition, Redmond asks Pham,"When you were in Bangkok did the two of you have sex?"  "Yes ma'am," came the reply from Pham.  Pham says she doesn't remember how long she was in Bangkok but believes it was more then one day before the pair went by boat to an island called Phuket.  When asked if she and Johnny had sex while they were staying in Phuket, Pham again answered in the affirmative.  She was shown and remembered photos being taken of her in Phuket.

There is one picture of her in a black slip or dress and another of Pham on a boat with Johnny next to her.

Pham acknowledges she had a passport that allowed her to travel but proscutors

asked her who kept her passport in 1999 and Pham said simply, "Johnny." When asked if she had ever had physical possession of that passport she answered, "No ma'am."

At 5 p.m. Judge Coogler had the DVD stopped and sent the jury home after advising them not to "call, e-mail, send a pigeon or a fax -- anything with each other." The judge asked if the pigeon or fax line didn't come from a song and someone said they thought it was from one by George Strait.

The jury will probably be eager to try more biscuits Thursday courtesy of the Middle District after the judge told them as Wednesday started that he hoped they enjoyed the biscuits. "We don't do that in the Northern District...If you were in the Northern District you would have not gotten the first biscuit."

The judge then took up the matter of the jury in the courtroom next door as attorneys followed him into the next courtroom.

Morris is also facing two illegal possession of firearms counts, separated out of the indictment by Judge Coogler and being tried in the courtroom next door. The firearm charge jury is in the deliberation phase and has sent notes to Judge Coogler indicating they have been unable to come to agreement. Late Wednesday, the Judge asked the jury to "please continue deliberating" and "we'll make a decision tomorrow if we still can't reach a verdict."

The judge indicated the jury had said in one of their notes that a break might allow the processing of information. He gave the firearm charg jury the same admonition he had given the other jury advising them not to be in contact with each other, "I don't care if your best friend is sitting next to you." The jury will return Thursday morning at 9 a.m.

The foreman of the jury had to be excused from that jury around lunchtime after he reported to the judge he had seen some negatives of photos that reminded him he knew of the defendant. Judge Coogler did not feel at first the juror should be removed but after both the prosecution and defense stated they wanted him removed out of an abundance of caution the judge sent him home.

Reported by:  Helen Hammons



CLICK HERE FO[R]

★ CONTACT

About the Author - George "Hoey" Morris (Pictured in center of photo below)

* ordering info
* home
* about vietnam
* books on Vietnam
* demographics
* vacation resorts
* about the author

about
the author





<< Back     Next >>



To view Mr. Morris' resume, click here

Mr. Morris served as an advisor to the South Vietnamese infantry during 1967-68. He experienced the "Tet Offensive" and was decorated by both the United States and South Vietnamese governments.

Mr. Morris flew a light plane into **Ho Chi Minh City** in mid 1989. After landing in former Saigon, he melted into the population until he was arrested in the town (Duc Hoa) where he once served as an advisor.



Dr. John Dunkelberger (right), chairman of the Rural Sociology Department at Auburn University co-authored the study that was published in the International Journal of Contemporary Sociology.

Mr. Morris completed the first post-war study inside the communist nation in 1992. This Auburn University study was later published and Mr. Morris presented the research in its entirety to the Southern Sociological Society.



Mr. Morris later completed three more scientific studies involving the use of questionnaires, making him the most active scientist in the world on the subject of Vietnam. Mr. Morris has completed a total of four studies in that nation since the end of hostilities. This research may be viewed and printed at www.georgehoeymorris.com. This research was not condoned by the communist nation, and resulted in Mr. Morris's arrest and deportation from Vietnam on three separate occasions.

- To view newspaper articles about arrest... **CLICK HERE**
- Newspaper articles about the author's research **CLICK HERE**
- To view original arrest documents...
  **CLICK HERE (1.8 meg PDF file. 3-5 minutes download time.)**
  Get Acrobat Reader
  Adobe
  To view the arrest records you may need to install the reader utility. Install only if you are prompted to do so.
- Mr. Morris witnessed the Vietnamese invasion into Cambodia (then known as Kampuchea) to drive out the Khmer Rouge. To view photos of that invasion.
  **CLICK HERE.**



Area man
writes book
on Vietnam

› Click on picture for larger image

Mr. Morris' illegal presence in Vietnam was discovered during Tet Celebrations
2003. The popularity of *webvietnam.info* and its controversial link to
*virginbride.net* drew official attention and an investigation involving all levels
of law enforcement. Investigators decided that Mr. Morris was no longer a
threat and issued him a multiple entry Visa.

## MENU

▷ **Vietnamese Architecture**
▷ **Traditional Vietnamese Music**
▷ **Cities of Vietnam**
- Hanoi
- Ho-Chi Minh City
- Old Saigon
- Dalat
- Vung Tau
- Nha Trang
- Hue
- Cu Chi
▷ **Phu Quoc Island**
  *"The most unique trip of all..."*
▷ **Vacation Hotspots & Resorts**
▷ **Going to Vietnam** (Vacation Preparations)
▷ **Currency**
▷ **Books About Vietnam**
▷ **About Vietnam**

▷ **Vietnam Daily Life Photo Album**
- Daily Life I
- Daily Life II
- Daily Life III
▷ **Mekong Delta**
▷ **Halong Bay**
▷ **The Ao Dai** (Vietnamese Fashions)
▷ **Minority People**
▷ **Religion**
▷ **Ho Chi Minh** (The Father of Vietnam)
▷ **The War** (As experienced by the North)
▷ **The War** (As experienced by the South)
▷ **The Vietnamese Invasion of**
**Cambodia**
  (Kampuchea)
▷ **About the Author**
▷ **Marriage in Vietnam**
▷ **VIETNAM NEWS**
  Daily News in English
▷ **RECENT EVENTS**
  Last Five Years

Vietnam in Pictures, 168 full color pages, FREE to view or print at georgehoeym‹

### BOOKS BY GEORGE HOEY MORRIS







Young Models



Flashback          virginbride.net                              Vietnam in Pictures
           Click on book cover for description (redirected to another website)



Spacecase



Postwar Research in
Vietnam



iLlitEraTe
Files



Around the World in
Pictures

TOP OF PAGE

go to **www.georgehoeymorris.com**
go to **www.virginbride.net**
Reprint of this website material permitted without permission.

# Books by George "Hoey" Morris

*Click here for George Hoey Morris' resume*



**click on cover to view book**

**Vietnam in Pictures -** This is perhaps the largest collection of photography depicting daily life in Vietnam.  Included are some wartime snapshots.  This material is offered FREE for publication.  For a CD of these high resolution photos, please send your written proposal to this author.

**CLICK HERE TO EMAIL THE AUTHOR**

**VIEW**

**CLICK HERE FOR POSTAL INFORMATION**

**Hundreds more photos of Vietnam (all different) available at www.webvietnam.info**



**click on cover to view book**

**Postwar Research Inside Vietnam -** Mr. Morris was the first person to conduct a scientific study inside postwar Vietnam.  This is the written description of four such research efforts by Mr. Morris and the results.  Included are the frequencies of the PTSD study that have not been analyzed.  This information is offered free to the scientific community.  If you need a disc of this material for your thesis, dissertation, or to further the research; please send your written proposal to this author.

**CLICK HERE TO EMAIL THE AUTHOR**

**VIEW**

**CLICK HERE FOR POSTAL INFORMATION**



**click on cover to view book**

**Around the World in Pictures -** A collection of photographs taken by Mr. Morris during his extensive travels around the world.  Included are snapshot from every continent except Antarctica.  This material is offered FREE for publication.  For a CD of these high resolution photos, please send your written proposal to this author.

**CLICK HERE TO EMAIL THE AUTHOR**

**VIEW**

**CLICK HERE FOR POSTAL INFORMATION**

**Space Case -** This cartoon series is created in its entirety by Mr. Morris.  Each image was drawn very large, photographed, and then reduced.  This cartoon is offered FREE for publication.  For a CD of the entire cartoon series, please send your written proposal to this author.



**click on cover to view book**

**CLICK HERE TO EMAIL THE AUTHOR**

**VIEW**

**CLICK HERE FOR POSTAL INFORMATION**



**click on cover to view book**

**THE iLlitEraTe FILES -** These jokes and drawings were collected from the public domain by Phyllis Ann Morris, and edited by Mr. Morris. This humor is racist, sexist, and about every derogatory adjective you can imagine.  The collection is offered back to the public domain at no charge.  For a CD of this material, please send your written proposal to this author.

**CLICK HERE TO EMAIL THE AUTHOR**

**VIEW**

**CLICK HERE FOR POSTAL INFORMATION**



**Ego Trip -** Photographs and information about the author of this website.  For a disk of this data, please send a written request to Mr. Morris.

**CLICK HERE TO EMAIL THE AUTHOR**

**VIEW**

**CLICK HERE FOR POSTAL INFORMATION**



**click on cover for**

**"flashback" -** Free for download on this website.

**CLICK HERE TO DOWNLOAD**

~35 mb download - Pages are in CorelDraw format

description



click on cover for
description

**"virginbride.net" –** Free for download on this website.

### CLICK HERE TO DOWNLOAD
~135 mb download - Contains no illegal photography



click on cover for
description

**"Young Models" –** Free for download on this website.

### CLICK HERE TO DOWNLOAD
~10 mb download - Contains no illegal photography

go to **www.virginbride.net**

go to **www.virginbride.org**

**George "Hoey"
Morris
PO Box 240636
Eclectic, AL. 36024
USA**

go to **www.webvietnam.info**

# Archive for October 15th, 2005

## Wilma?

Saturday, October 15th, 2005

Tropical Depression 24 is sitting southwest of Jamaica and is in warm enough water that it will probably become Tropical Storm Wilma.

This is a bad position, as, depending on how the steering winds build, it could go almost anywhere, including following the path that Stan took over Central America.

Update: [10/17/05] It's officially Tropical Storm Wilma, and ties a record for the most named storms with a month and a half to go. No real indication where it's heading but it will probably become a strong hurricane in a couple of days.

Posted in Uncategorized | Comments Off

## In Local News

Saturday, October 15th, 2005

This needs to be read twice to be understood: *Elections Fraud Arrest of Alleged Conspirator in International Sex investigation*.

> Fifty-eight-year-old George Hoey Morris, of 385 Wade Morris Road in Eclectic, Alabama, and formerly of Okaloosa County, is charged with false swearing of voter information.
>
> Investigators with the Okaloosa Sheriff's Office say although Hoey was convicted of a felony offense involving the sale of illegal narcotics in Colorado in 1980, he registered as a qualified voter in Okaloosa County in 1999 and cast a ballot in November 2002, a violation of Florida election laws.
>
> Federal authorities say the arrest means Morris will remain in detention in the Montgomery Alabama City Jail where he's also charged with immigration fraud.

I'm including it because of the rarity of someone being arrested for voting fraud in Florida, and the fact the guy lives in Eclectic, Alabama. It takes some getting used to.

Posted in Uncategorized | Comments Off

## Don't Miss It

Saturday, October 15th, 2005

The former SKB has a great Blue Heron picture. He is apparently going to be bird blogging on Fridays at *Facing South*.

If you like wildlife photography, don't miss it.

---

Posted in Uncategorized | Comments Off

## Going to the Polls

Saturday, October 15th, 2005

Given the continuing downward trend in his poll numbers, the Shrubbery keeps trying to arrange events that put him in a better light, but they aren't working.

As Terry at *Nitpicker* notes he has *Three Down* and three to go for the complete set. Perhaps he should check with Colin Powell who apparently has some affinity for that attempt.

The latest failure, referenced in this CBS piece, *Bush, Troops Have Rehearsed Chat*, is insulting to the military.

While the 42nd Infantry Division is now a unit of the New York National Guard, the members should have more regard for the history of the "Rainbow Division" than to participate in a political event.

When Rumsfeld has a chat with the troops, it got embarrassing, but it was real. Real soldiers got to ask their questions, and Rumsfeld gave them answers. Rumsfeld may not have liked the questions, and the troops may not have liked the answers, but the event gave Rumsfeld information he couldn't get any other way.

Bush could have gotten his questions answered in the manner he wanted by watching the Pentagon TV channel. Talking to division Public Relations personnel is not the way to find out what is happening in a war zone and ordering the military to participate in staged political events is demeaning.

I doubt it was an accident that the rehearsal made it onto to the general network feed. I would guess that someone who was unhappy with what was going on arranged for the "accident".

---

Posted in Uncategorized | Comments Off

- On-line Opinion Magazine featuring annoyed rumblings from the leading edge of the Baby Boom firmly tied to a reality-based world.

  Established: 21 November 2004

- *The presence of those seeking the truth is infinitely to be preferred to the presence of those who think they've found it.*

  **Terry Pratchett**

- Only 816 days until the Shrubbery gets uprooted.

This is **G o o g l e**'s cache of http://www.theworldaroundyou.com/2004/09/24/ as retrieved on Oct 19, 2006 22:41:50 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?`
`q=cache:88Oh9aBrnZ8J:www.theworldaroundyou.com/2004/09/24/+george+hoey+morris&hl=en&gl=us&ct=clnk&cd=13`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **george hoey morris**

# The World Around You

- Home
- Contact
-
- Register
- Login

## Search



Get photo software
from **Google**.



| *Blog Ads* |
| --- |

Online Accounts
Sports Magazine
Shoe Sizes
Stock Evaluations
Travel Light
Hat Shopping
Sausage Cooking
Jewel Thieves
Sauna Kits

Marketing Teams

# Blogroll

Outside the Beltway NEW!
Doc's Political Parlor and Home of Lawn Mower Repair NEW!
Lintefiniel Musing NEW!
ScrappleFace NEW!
The Volokh Conspiracy NEW!
Votelaw NEW!
Skippy
PoliBlog
World Around You
Drug Policy Alliance
Politics In Alabama
Postcards from Columbus
Heretical Ideas
kenny smith
RogerSimon.Com
BuzzMachine
SportsBlog
The Daily Howler
memeorandum
The Blogging of the President: 2004
Local Tint
Andrew Sullivan
Instapundit
Talking Points Memo
Geek Ramblings
Possumblog
Truth Laid Bear
Daily Kos
On The Third Hand
Political Wire
TalkLeft
OxBlog
scriptygoddess
Unqualified Offerings
Hit & Run
Eschaton
Crooked Timber
Pacific Views
Inoperable Terran
The Leaky Cauldron
HPANA
normblog
TAPPED
Kevin Drum
Political Blog Directory

Read My Lips
Political State Report
Newshounds
SouthNow Blog -- From The Program on Southern Politics, Media
Mac Thomason's WarLiberal.com

*Powered by*
*BlogRolling*



The World Around You » 2004 » September » 24                                    Page 4 of 10

Sep 24
2004

## Advertiser: Biased Headline   🔲 *0*

I'm disappointed with the *Montgomery Advertiser*'s headline on one story this morning: Report Cites
Conflicts for Lawmakers. Alabama was ranked 8th out of 47 states for the quality of its financial
disclosure laws. That's good news, but we don't find it out until the 9th paragraph.

> The Center for Public Integrity gave Alabama a grade of "C" for its financial disclosure
> laws, which ranked it eighth among the 47 states that have such laws. It said the state
> routinely reviews filings for accuracy and completeness and requires extensive disclosures.
> But it said disclosure requirements for the lawmakers' spouses are not as thorough.

> Alabama state legislators receive about $30,000 a year in salary and expenses to work a
> three-month regular session and occasional special sessions and usually have other full-time
> jobs.

The majority of the article is about various alleged conflicts of interest of different state legislators.
Now, I would quickly acknowledge that some of these legislators have real conflicts, others seem a bit a
of a stretch. However, this is not the main issue we face with the legislature. In fact, this is an area where
we have been doing a pretty good job recently. The *Advertiser* should have been a little more balanced
with its assessment, at least in the headline.

**UPDATE: If you want to see your legislators financial disclosure forms CPI has posted them here.

Posted Alabama Politics on Friday, September 24th, 2004.

You can skip to the end and leave a response. Pinging is currently not allowed.

Sep 24
2004

## Wetumpka Mayor Golden Arrested   🖾 *0*

Many, many people are smiling this morning at the mental image of Wetumpka Mayor R. Scott Golden
looking out from behind iron bars.

> Court records show he was 56 minutes late to hear a motion to dismiss him as attorney for
> **George Hoey Morris**. **Morris** is suing the Covington County Sheriff and District Attorney
> for $1 million for confiscating materials alleged to be child pornography and for the
> resulting financial loss and damage to his reputation.
>
> Fuller wouldn't comment on the matter, but his court clerk's official minutes of the
> proceedings showed that the judge convened what was to have been a 2 p.m. hearing at 2:56
> p.m. and asked Golden "why he was 56 minutes late for court today."
>
> The minutes don't show what reason Golden gave.
>
> "Counsel Golden is being held in civil contempt of court today and will be held in custody
> for two days, or in lieu of custody counsel may pay a total fine of $235," the minutes stated.

And poor Mayor-elect Jo Glenn could say nothing but how embarassed she was for the city.

Posted Prattville, Autauga/Elmore County Politics on Friday, September 24th, 2004.

You can skip to the end and leave a response. Pinging is currently not allowed.

Case 2:06-cr-00218-MHT-WC    Document 26-2    Filed 10/26/2006    Page 37 of 41
Page 7 of 10

Anúncios Google

**George Kovacs
Lighting**
Full Assortment Of
Lamps, Pendants
We Will Beat Any
Internet Price!
www.LightingOnTheNet.c

**George
Nakashima**
Leading gallery
specializing in
buying and selling
Nakashima's work
www.modernegallery.com

**Dunham's Bay
Lodge**
Visit our page for
special discount
Lake George, NY -
Incredible views
www.dunhamsbay.com

**St George Cruises**
Cruise St Maarten
& 5 other islands
from just $25/night!
Book online.
www.easyCruise.com

Anuncie neste site

September 2004

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

« Aug          Oct »

## • Categories

- o Columns
- o Prattville, Autauga/Elmore County Politics
- o Alabama Politics

- o Purdue
- o National Politics
- o General
- o Montgomery Politics
- o Roy Moore and Ten Commandments
- o Iraq War
- o Sports
- o Letters to the Editor
- o International Politics
- o Popular Culture
- o Montgomery Biscuits
- o Blogging
- o Personal
- o Harry Potter
- o Indiana
- o Reviews

## Links

- o AL.com
- o Alabama Hotline
- o Capitol City Free Press
- o FortWayne.com
- o Indianapolis Star
- o (Lafayette) Journal and Courier
- o Montgomery Advertiser
- o USA Today

## Archives

- o October 2006
- o September 2006
- o August 2006
- o July 2006
- o June 2006
- o May 2006
- o April 2006
- o March 2006
- o February 2006
- o January 2006
- o December 2005
- o November 2005
- o October 2005
- o September 2005
- o August 2005
- o July 2005
- o June 2005
- o May 2005
- o April 2005
- o March 2005
- o February 2005
- o January 2005

- o December 2004
- o November 2004
- o October 2004
- o September 2004
- o August 2004
- o July 2004
- o June 2004
- o May 2004
- o April 2004
- o March 2004
- o February 2004
- o January 2004
- o December 2003
- o November 2003
- o October 2003
- o September 2003
- o August 2003
- o July 2003
- o June 2003
- o May 2003
- o April 2003

- ## **Books I've Read Lately**



Alabama in the Twentieth Century
Wayne Flynt
Best Price $18.17
or Buy New $28.36

Under the Banner of Heaven
Jon Krakauer
Best Price $3.70
or Buy New $10.17

22 queries in 0.588 seconds. © 2002-2005. Sunset by Richard Dows. RSS Comments RSS

Author seeks payment for seizure of books on child sex



**POE NEWS**

All of the news you want, none o



**Urgent Health Alert** Congress Reducing Seniors' Access to Healthc

Drastic Medicare reimbursement cuts jeopardize
healthcare. Senior citizens could lose access to
the care they need.

**_Click here to save M_**

Home - Living - Buzz - Features - Sports - Deals - Forums - Archives - Blogs - poeTV - Login/Regi

## Author seeks payment for seizure of books on child sex

03/17/04 - Living Legal - Chet - 8 Comments
Not Rated - Rate This!

An author who promotes sex and marriage between men and
girls as young as 12 is threatening to sue Covington County
unless it pays him for books and CDs seized last year.

George Hoey Morris of Eclectic is seeking $10,900 for the loss
of more than 1,000 books titled "Virginbride.net" and 800
copies of "Young Models," a companion compact disc.

The self-published book tells men how to travel to foreign
countries and find girls for sex and marriage.

"I don't agree with it, but that does not transform it into
something illegal," R. Scott Golden, an attorney for Morris
who wrote the county seeking repayment, said in an
interview Tuesday.

**Popular Threads for this**
Make sure to check out the web site
I fail to understand... (1)

**Lawsuit Funding**
We Offer Cash Advances You Only Pay If You
Win
AmericanLegalFunding.com

**Settle Credit Card Debt**
Get out of debt for about 1/2 of what you
currently owe. $15k+
www.UsaDebtReduction.com/Act-Now

**IRS Tax Settlements**
Owe over 15K? Call 800-320-1-
Fox News, Settle for Less!
www.PowerTaxRelief.com

Privacy Statement