IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS ) | |
| a/k/a JOHNNY RAY FORTUNE ) | |

### VERDICT

We, the jury, find the defendant, George Hoey Morris, also known as Johnny Ray Fortune:

 __X__ Guilty

 _____ Not Guilty

SO SAY WE ALL.

DONE, this the _31_ day of _October_, 2006.

_____*Ernie Cope*_____
FOREPERSON