# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   OCTOBER 30, 2006          AT        10:06        A.M./P.M.

DATE COMPLETED   OCTOBER 31, 2006          AT         1:20        A.M./P.M.

UNITED STATES OF AMERICA        )
                                )
    v                           )     CR NO 2:06cr218-MHT
                                )
GEORGE HOEY MORRIS              )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty J. Carlton Taylor |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Daniel Korobkin, | Anthony Green, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Deputy | Court Reporter |

## JURORS

1. Ina Renee Duncan                     7. John Franklin Snellings
2. Teri Li Morris                       8. Josih Huffman
3. Ernie Lamar Cope                     9. Raymond Garrett Taylor
4. Hugh Jennings, Jr.                  10. Brenda F. Thompson
5. Mary Kay Lustig                     11. Jermone T. Fort
6. Stanley Edgar Hornsby               12. Lloyd Merritt

### ALTERNATES

13. Margaret Brannon Roy               14. Kerrie Scott Carr

## JURY SELECTION/TRIAL

| | |
|---|---|
| 10:06 a.m. | On-the-record conference with attorneys regarding motion for change of venue. **ORAL ORDER** conditionally denying motion without prejudice. Jury selection to proceed. |
| 10:20 a.m. | Court convened. Multiple voir dire begun (Cr Nos. **2:06cr218-MHT USA v Morris**; 1:06cr101-MHT, USA v Okonkwo; 2:06cr173-MHT, USA v Lawson) Jury Selection held. |
| 12:40 p.m. | Jury seated and excused until 1:40 p.m. |
| 12:53 p.m | Recess. |

**MINUTES**
**JURY TRIAL COMMENCING ON 10/30/06 BEFORE JUDGE MYRON H. THOMPSON**
**CR. NO. 2:06cr218-MHT, USA vs. GEORGE HOEY MORRIS**

| Time | Event |
|---|---|
| 1:40 p.m. | Court reconvenes regarding motions in limine and responses to motions in limine. Parties' oral argument heard. Matter taken under advisement. |
| 2:33 p.m. | Recess. |
| 2:55 p.m. | Court reconvenes. Court's ruling of evidence allowed to be used at trial as stated on the record and granting in part and denying in part [19] and [18] motions in limine. Stipulation of parties' of name change to Johnny Ray Fortune and that Exhibit A contains passports found at People's Bank and Trust as stated on the record. |
| 3:15 p.m. | Jury seated. Witnesses (present) sworn; Witness Rule invoked. Jury sworn. Court's preliminary instructions to jury. |
| 3:25 p.m. | Government's opening statements (4 mins) |
| 3:29 p.m | Defendant's opening statements (2 mins) |
| 3:31 p.m. | Recess |
| 3:42 p.m. | Court reconvenes; off the record bench conference w/attorneys. |
| 3:45 p.m. | Government's evidence commenced. |
| 4:32 p.m. | Recess until 9:00 a.m. 10/31/06. |

**10-31-06:**

| Time | Event |
|---|---|
| 9:05 a.m. | Court reconvened. Government's evidence continues. |
| 9:35 a.m. | Recess |
| 9:45 a.m. | Government evidence continues. |
| 9:55 a.m. | Jury excused; Parties' clarification of question to witness regarding customs issues. |
| 9:58 a.m. | Jury Seated; Government's evidence continues. |
| 11:00 a.m. | Government rests subject to verifying admitted exhibits. Jury excused. Defendant's **Oral Motion** for Judgment of Acquittal; **Oral Order** denying motion. |
| 11:03 a.m. | Recess. |
| 11:25 a.m. | Court reconvenes. No evidence from Defendant; Defendant rests; Defendant waives right to testify. Court finds defendant competent to waive right to testify; Court accepts waiver. |
| 11:28 a.m. | Charge conference. |
| 11:35 a.m | Trial continued; no objections to charge. |
| 11:36 a.m. | Jury seated. |
| 11:38 a.m. | Government's closing arguments (10 mins). Defendant's closing arguments (5 mins). Government's rebuttal (10 mins). |
| 12:03 p.m. | Jury charged. Jury excused. No objections to charge. Jury seated; alternates excused. |

2

**MINUTES**
**JURY TRIAL COMMENCING ON 10/30/06 BEFORE JUDGE MYRON H. THOMPSON**
**CR. NO. 2:06cr218-MHT, USA vs. GEORGE HOEY MORRIS**

```
12:25 p.m.      Jury deliberations commenced.
1:15 p.m        JURY VERDICT of guilty as to Count 1.
                Jury polled and discharged.
                Defendant adjudicated guilty; sentencing set for 1/18/07;
                Defendant remanded.
1:20 p.m.       Court adjourned.
```

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA

      v                                        2:06cr218-MHT

GEORGE HOEY MORRIS a/k/a JOHNNY RAY FORTUNE

---

| GOVERNMENT | DEFENDANT |
|---|---|

## WITNESS LIST

10/30/06

1. THOMAS F. CORAM, JR.

2. RALPH CONNER

3. DAVE MONROE

10/31/06
3. DAVE MONROE [CONTD]

4. HANK BROWN

| | | GOVERNMENT'S EXHIBITS JURY TRIAL COMMENCING 10/30/2006 | | | | UNITED STATES OF AMERICA<br><br>v<br><br>GEORGE HOEY MORRIS a/k/a JOHNNY RAY FORTUNE<br>2:06cr218-MHT |
|---|---|---|---|---|---|---|
| | | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER, COURT REPORTER |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | 10/30/06 | 10/30/06 | 1 | Coram, Brown | | JRF passport 3/15/01 (203825163) |
| YES | 1030/06 | 10/30/06 | 1a | Monroe | | (203825163) Certified application w/letter dated 2/24/01 |
| YES | 10/30/06 | 10/30/06 | 2 | Conner, Monroe, Brown | | JRF passport 8/19/97 (086199598) |
| YES | 10/30/06 | 10/30/06 | 2a | Monroe | | (086199598) Certified application w "burned" dated 8/4/97 |
| YES | 10/30/06 | 10/30/06 | 3 | Conner, Monroe, Brown | | GHM passport 7/29/96 (085194336) |
| YES | 10/30/06 | 10/30/06 | 3a | Monroe | | (085194336) Certified application |
| YES | 10/30/06 | 10/30/06 | 4 | Conner, Monroe, Brown | | GHM passport 1/18/96 (153681490) |
| YES | 10/30/06 | 10/30/06 | 4a | Monroe | | (153681490) Certified application |
| | | | 5 | | | Certified conviction |
| | | | 6 | | | Certified conviction |
| | | | 7 | | | Certified conviction |
| | | | 8 | | | Certified conviction |
| | | | 9 | | | "VirginBride.Net" |
| | | | 10 | | | "Flashback" |
| | | | 11 | | | Cert. of Name Change |
| YES | 10/30/06 | 10/30/06 | 12 | Coram | | Bank Records - People's Bank and Trust (GHM) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 13 | | | Search Warrant - People's Bank and Trust (SDBox)(GHM) |
| YES | 10/30/06 | 10/30/06 | 14 | Coram | | SDBox keys (2) |
| | | | A | | | Passports from People's Bank and Trust |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibits located in expansion file with case file |
| | | | | | | |
| | | | | | | No Exhibits from the Defendant |