IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS | ) | |
| a/k/a JOHNNY RAY FORTUNE | ) | |

### ORDER

After the court allowed the government to introduce Rule 404(b) evidence, counsel for defendant George Hoey Morris asked the court, off the record, if Morris could have a standing objection to such evidence.  The court told defense counsel that he had a standing objection and that it was unnecessary to object each time the Rule 404(b) evidence was mentioned in the presence of the jury.  The court promised defense counsel that he would be able to put his standing objection on the record at a later time. The court, however, forgot to give defense counsel this opportunity.  Accordingly, it is ORDERED that the record should reflect that defendant George Hoey

Morris had a standing objection, during the trial, to the government's Rule 404(b) evidence.

DONE, this the 1st day of November, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE