In United States District Court
Middle District of Alabama
Northern Division

2006 DEC 28  A 10: 10

A. HACKETT. C.
DISTRICT COURT
U.S. DISTRICT ALA

United States of America )
)
vs. )
) Case Number   2:06 CR218-MHT
)
George Hoey Morris )

## Statement by Defendant

This charge of "Passport Fraud" was created after a search warrant seeking child pornography was executed on my two bank vaults at People's Bank.  That warrant, like the five warrants prior to it seeking child pornography was not successful.  This charge occurred after an expensive Homeland Security investigation needed some kind of legitimacy.

The basic premise is that I lied when I reported that I had accidentally destroyed my passport almost ten years ago after I cleaned out my filing cabinet and burned it along with other papers in a ditch where my family burns its trash.  For me to be guilty, one must presume that the passport would not have been "issued" had the old one been sent in with the application.  For me to be guilty, I must have been fraudulently requesting a passport to be issued; not legally replaced.

I requested my replacement passport after being deported for illegal scientific research in The Republic of Vietnam on three occasions.  I changed my name legally to "Johnny Ray Fortune" and provided the name change document to the passport service.  I was unable to provide the hold passport as it was lost.  I found it many years later in the back of my filing cabinet on the bottom and not in a file folder.

1

The prosecution pretended that fraud had occurred when in fact it had not. To create this illusion, considerable time was spent discussing my book "flashback" and the investigations by the communist government into my research.

Homeland Security translations of my deportation documents clearly state my deportations were the result of illegal research. I was warned by my lawyer that I could not discuss the reasons for my deportations or the prosecution would allege that I was deported for having illegal sex with minors guaranteeing my convictions.

My inability to inform the jury of the reason for my three deportations and the continued discussion of the Vietnamese investigations created an illusion of fraud. In reality, my only victim was the communist government of Vietnam; a government that years later granted me permission to come and go into the country without applying for a new visa. Vietnam issued this "multiple entry visa" after my four scientific studies were published and after I created the website "webvietnam.info".

That jury found me guilty after hours of irrelevant testimony by a witness from Washington who discussed the various passports I had been issued during my lifetime.

My father, who remembered when I told him I had erroneously burned my passport was unable to testify or the prosecution would inform the jury I was a "child molester"; a label I received after being erroneously convicted of having sex with my own wife about one week earlier.

Another problem with the conviction for "passport fraud" is that the judge refused to grant a change of venue. Both local TV stations, WSFA and WAKA had carried as their lead story my convictions for having sex with my wife. For months there were front page stories and TV reports of my legal problems with "virginbride.net". In fact, two

2

days before my trial the <u>Montgomery Advertiser</u> carried a front page story with my photo entitled "Child Sex Tourist Convicted". Not one member of the jury pool admitted knowing anything about my case; a virtual impossibility.

The very biggest problem with my conviction for "Passport Fraud" is that no fraud ever occurred. As an American citizen, I am entitled to a US Passport. I have had one all my life and the replacement passport would have been issued even if I had sent in the misplaced passport. I should never have been charged with that crime and would not have been had the Homeland Security investigation found the child pornography they sought.

I have filed two civil lawsuits in this court; civil actions number 2:06CV1005-MEF and 2:06CV1006-MHT. These complaints document my claim that Homeland Security is creating false charges against me. When this "Passport Fraud" charge is viewed in the context of my overall claim, it becomes apparent that no fraud ever occurred.

I stand before this court with a conviction that I have committed fraud to obtain a replacement passport; a very serious crime. I have been in custody over seventeenth months the result of fraudulent claims against me. I respectfully request that this court grant to me an appeal bond.

Respectfully submitted to this court on ___26 Dec 06___ by

George Hoey Morris

Copyright Susan Redmond
26 Dec 06

3