IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>)<br>   v.                          )<br>)<br>GEORGE HOEY MORRIS        )<br>a/k/a JOHNNY RAY FORTUNE   ) | CRIMINAL ACTION NO.<br>  2:06cr218-MHT |

<u>ORDER</u>

It is ORDERED that the statement by defendant (doc. no. 39) is treated as a motion for release pending appeal and said motion is denied with leave to renew if and when an appeal is perfected.

DONE, this the 8th day of January, 2007.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE