IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:06-CR-218-MHT |
| | ) | |
| | ) | |
| | ) | |
| GEORGE HOEY MORRIS | ) | |

**MOTION TO WITHDRAW**

**COMES NOW,** the undersigned counsel and files this his Motion to Withdraw in the above-styled case. As ground therefore the undersigned would show unto this Honorable Court as follows;

1. That the undersigned was appointed by the Court to represent the Defendant in the above-styled case on October 2, 2006 (Doc#7).

2. That on December 14, 2006, counsel was informed that the Defendant had retained new counsel.

3. That in her Motion to Continue in case 2:05 CR 108-LSC (Doc #206), new counsel indicates that the Defendant wishes to "change lawyers".

4. That based on the representations of Attorney James, the Defendant retaining new counsel, as well as the Defendant's representation to the undersigned he wishes Attorney James to act as his counsel in all future proceedings, the Defendant is no longer in need of the services of J. Carlton Taylor.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned prays this Honorable Court will grant his Motion to Withdraw in the above-styled case and thereafter enter an Order waiving all further court appearances on behalf of the undersigned for the Defendant, George Hoey Morris in the above-styled case.

**RESPECTFULLY SUBMITTED**, this the 8th day of January, 2007.

    /s/ J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
ASB-5037-L53J
Attorney for the Defendant

J. Carlton Taylor
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of January, 2007, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, AUSA
Todd Brown, AUSA
John T. Harmon, AUSA
Office of the U.S. Attorney
Middle District of Alabama
PO Box 197
Montgomery AL 36101-0197


SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

<u>/s/ J. Carlton Taylor</u>
J. CARLTON TAYLOR (TAY058)
ASB-5037-L53J
Attorney for the Defendant