IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL ACTION NO.
                              )      2:06cr218-MHT
GEORGE HOEY MORRIS            )
a/k/a JOHNNY RAY FORTUNE      )
```

### ORDER

It is ORDERED that Honorable J. Carlton Taylor's motion to withdraw (doc. no. 41) is granted.

DONE, this the 11th day of January, 2007.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE