IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06cr00218-MHT-WC-1 |
| | * |
| GEORGE HOEY MORRIS, | * |
| DEFENDANT. | * |

**MOTION TO CONTINUE**

COMES NOW, Susan G. James, newly retained attorney for George Hoey Morris and files this motion for a continuance of the presently set sentencing on January 18, 2007 and in support thereof states the following:

1. Morris is due to be sentenced on January 18, 2007. Counsel understands and appreciates the need to finalize this matter. However, Morris is facing substantial punishment. A continuance was obtained in Morris' other case before Judge Coogler and is set now for February 13, 2007.

2. Counsel needs additional time to investigate Mr. Morris' present situation, criminal history, facts relevant to his case, and to file objections to his presentence report. This cannot be done in sufficient time to prepare for this important matter.

3. Wherefore based on the above it is respectfully requested the January 18, 2007 sentencing be continued until sometime in February. Counsel has spoken with Susan Redmond, AUSA, regarding the continuance. Ms. Redmond does not oppose the continuance. However, she does request that this Court set a new deadline for presentence report objections and the probation conference.

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: JAM012

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: JAM012