IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS ) | |
| a/k/a JOHNNY RAY FORTUNE ) | |

ORDER

It is ORDERED that defendant George Hoey Morris's motion to continue sentencing (doc. no. 43) is denied. Sentencing is scheduled for five business days from today. The sentencing date in this case has been set since November 2, 2006. Defense counsel has had since at least December 15, 2006, when she was retained, to prepare for sentencing and inform the court of any difficulties. The court is prepared to sentence defendant Morris on schedule.

DONE, this the 11th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE