IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS | ) | |
| a/k/a JOHNNY RAY FORTUNE | ) | |

**ORDER**

It is ORDERED as follows:

(1) Defendant George Hoey Morris's motion for reconsideration (doc. no. 45) is granted.

(2) Sentencing for defendant Morris, currently set for January 18, 2007, is reset for March 7, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 16th day of January, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**