IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:06cr00218-MHT-WC |
| GEORGE HOEY MORRIS, | * |
| DEFENDANT. | * |

RECEIVED
2007 FEB 26  P 2:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PSYCHIATRIC EXAMINATION MOTION

Comes now George Hoey Morris by and through undersigned Counsel and files this his motion requesting a psychiatric examination based on newly developed information and in support thereof states the following:

1. Morris had previously advised Counsel that he was under the care of a Psychologist and Psychiatrist for Post Traumatic Stress Disorder. He indicated he was taking certain medications. Further, he is determined 100% disabled by the Veteran's Administration.

2. Therefore pursuant to 18 U.S.C. 4241, the undersigned respectfully requests this Court direct that a competency examination be done at Government expense.

3. Wherefore based on the above the undersigned respectfully requests the Court grant the relief requested.

Respectfully submitted this 26th day of February 2007.

Susan G. James (JAM012)

SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, I filed the foregoing with the Clerk of Court which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

/s/ Susan Redmond
Of Counsel