IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS | ) | |
| a/k/a JOHNNY RAY FORTUNE | ) | |

### ORDER

Because the court believes that defendant George Hoey Morris should be sentenced in <u>United States v. Morris</u>, Criminal Action No. 2:05cr108-LSC (M.D. Ala.), before he is sentenced in this case, it is ORDERED that the sentencing of defendant Morris in this case, currently set for March 7, 2007, is reset for April 19, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 1st day of March, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE