IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v. )<br>)<br>GEORGE HOEY MORRIS )<br>a/k/a JOHNNY RAY FORTUNE ) | CRIMINAL ACTION NO.<br>  2:06cr218-MHT |

### ORDER

A court-appointed attorney represented defendant George Hoey Morris in the trial of this case. However, defendant Morris has now retained an attorney to represent him at the sentencing and, presumably, on appeal. The court is concerned as to how defendant Morris can now afford a private attorney but could not before. Accordingly it is ORDERED that this matter is set for hearing on March 8, 2007, at 10:00 a.m., at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, to inquire as to whether defendant George Hoey Morris

should not be required to pay his court-appointed attorney, in full or in part.

DONE, this the 6th day of March, 2007.

                                 /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**