IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| v. | * CASE NO. 2:06cr00218-MHT |
| | * |
| **GEORGE HOEY MORRIS,** | |
| | |
| **DEFENDANT.** | |

## MOTION TO CONTINUE SENTENCING

COMES NOW, Susan G. James, attorney for George Hoey Morris and files this motion for a continuance of the presently set hearing on March 8, 2007 and in support thereof states the following:

1. On March 6, 2007 counsel received an order for the Court setting a hearing in this case regarding attorney fees.

2. Counsel had weeks earlier set this day aside to watch her oldest son compete at the Southeastern Livestock Rodeo Competition on March 8, 2007. Her youngest son will be competing at the same time and place in a rodeo related event.

3. Contact has been made with AUSA Susan Redmond and she does not object to this continuance.

4. Counsel is requesting a brief continuance in this matter based on the above.

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond  
Assistant United States Attorney  
P.O. Box 197  
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James  
    SUSAN G. JAMES  
    Attorney at Law  
    600 South McDonough Street  
    Montgomery, Alabama 36104  
    Phone: (334) 269-3330  
    Fax: (334) 834-0353  
    E-mail: sgjamesandassoc@aol.com  
    Bar No: JAM012