# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   March 8, 2007          AT  10:10   A.M./P.M.

DATE COMPLETED   March 8, 2007          AT  10:15   A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         2:06cr218-MHT
       VS.
WILLIAM TROY ARTHUR

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Susan G. James |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mithcell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SHOW CAUSE HEARING

| | |
|---|---|
| 10:10 a.m. | Show Cause hearing commenced re Why defendant should no have to pay court appointed attorney. |
| 10:12 a.m. | (In-Camera) without government regarding representation of defendant by Atty James. Order to issue denying as moot [51] Motion to to Continue. |
| 10:15 a.m. | Hearing concluded. |