IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v. )<br>)<br>GEORGE HOEY MORRIS )<br>a/k/a JOHNNY RAY FORTUNE ) | CRIMINAL ACTION NO.<br>  2:06cr218-MHT |

### ORDER

Based upon the representations made in camera to the court on March 8, 2007, it is ORDERED that defendant George Hoey Morris is <u>not</u> required to pay his court-appointed attorney.

DONE, this the 9th day of March, 2007.

                     /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE