IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |
| aka JOHNNY RAY FORTUNE | ) | |

NOTICE OF CHANGE OF SENTENCING DATE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Honorable Court to take Notice of the change in sentencing date, and states as follows:

1. On March 1, 2007, the Court ordered a continuance in the sentencing of the Defendant in the above-styled case from March 7, 2007 to April 19, 2007. As reason for the resetting of the sentencing hearing, the Court stated, "...the court believes that defendant Gerge Hoey Morris should be sentenced in United States v. Morris, Criminal Action No. 2:05cr108-LSC (M.D. Ala.) Before he is sentenced in this case,...".

2. On March 23, 2007, the Honorable L. Scott Coogler continued sentencing in <u>United States v. Morris</u>, CR NO. 2:05cr108-LSC to April 30, 2007 at 10:00 a.m.

3. In light of this Court's previous Order, the United States respectfully gives notice of the newsentencing date in 2:05cr108-LSC for the Court's consideration.

Respectfully submitted, this 2nd day of April, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Susan R. Redmond
          SUSAN R. REDMOND
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, AL 36101-0197
          334.223.7280
          334.223.7135 fax
          susan.redmond@usdoj.gov

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | CR. NO. 2:06-cr-218-MHT |
| **GEORGE HOEY MORRIS** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Susan G. James.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    1 Court Square, Suite 201
    Montgomery, Alabama 36104
    (334) 223-7280
    (334) 223-7135 Fax
    susan.redmond@usdoj.gov