IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |
| | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Court continue the sentencing hearing in this matter. In support thereof, we would show the following:

1. The above styled case was set for sentencing on May 25, 2007, at 10:00 a.m.

2. By Order of the Court, the sentencing hearing has been reset for May 30, 2007, at 10:00 a.m.(Doc. 58).

3. The undersigned AUSA is scheduled to be out of state the week of May 28, 2007, thru June 1, 2007.

4. Attorney for the Defendant, Susan G. James, is scheduled to appear in Etowah County Circuit Court in the case of State of Alabama v. Rangel on May 30, 2007.

5. Attorney James has no objection to a continuance of this matter.

6. The defendant will not suffer any prejudice should the Court grant this motion.

For the reasons stated above, the United States requests that this Honorable Court continue the sentencing in this matter until after the week of May 28, 2007.

Respectfully submitted this the 16th day of May, 2007.

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          /s/ Susan R. Redmond
                          SUSAN R. REDMOND
                          Assistant United States Attorney
                          Post Office Box 197
                          Montgomery, Alabama 36101-0197
                          334.223.7280
                          334.223.7135 fax
                          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov