IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06cr00218-MHT |
| | * |
| GEORGE HOEY MORRIS, | |
| | |
| DEFENDANT. | |

**MOTION TO CONTINUE SENTENCING OF MAY 30, 2007**

COMES NOW, Susan G. James, attorney for George Hoey Morris and files this motion for a continuance of the presently set sentencing on May 30, 2007 and in support thereof states the following:

1. Morris is due to be sentenced on May 30, 2007. The date was recently changed by the Court.

2. The undersigned's presence is required on May 30, 2007 in the sentencing of *State of Alabama v. David Rangel*, Circuit Court of Etowah County, Case No. CC 07-59; and in a Rule 32 hearing in *State of Alabama v. Armit Pal Saint*, Circuit Court of Tallapoosa County, Case No. 94-19. These dates were set well in advance of the May 30, 2007 date.

3. Wherefore the undersigned respectfully requests that this matter be continued.

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012