## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06cr00218-MHT-WC-1 |
| | * |
| GEORGE HOEY MORRIS, | * |
| DEFENDANT. | * |

### RENEWED MOTION FOR A PSYCHIATRIC EXAMINATION PURSUANT TO 18 U.S.C. §4241

Comes now Susan G. James, Attorney for George Hoey Morris and files this renewed motion requesting a psychiatric examination and in support thereof states the following:

1. Morris filed a motion for psychiatric examination pursuant to 18 U.S.C. §4241 based on newly developed information.

2. The Government opposed the motion on the ground that the case had already been continued and that there was no evidence to suggest that Morris is incompetent.

3. The Magistrate Judge, The Honorable Susan Russ Walker, concluded in the March 9, 2007 order that Morris' motion should be denied.

4. The undersigned appealed the Magistrate's decision to the Honorable Scott Coogler and the appeal was denied on April 13, 2007. It does not appear that Judge Thompson ruled on the motion for psychiatric evaluation which was filed February 26, 2007.

5. The undersigned was not involved in Morris' case pretrial or during trial. However, the undersigned has been retained to represent Morris for months and has had an opportunity to observe him and interact with him. Morris makes contact with the undersigned's office a daily basis. His demeanor is bizare and the emphasis that he has placed on this case is misplaced given the severity of the offense as well as the suggested range of punishment. He will not focus on the criminal charges or defenses. He is obsessed with issues that are distracting and counter productive at this point.

6. The undersigned is not a trained mental health professional. However, the undersigned

as an officer of this Court submits that Morris' past history of Post Traumatic Stress Disorder, psychiatric care, recent actions, and his use of medications support to the request for the 18 U.S.C. §4241 evaluation.

7. The undersigned would be willing to give the Court more observation of Mr. Morris' unusual behavior either in camera or under seal if the Court so desires.

8. Counsel submits that Morris' behavior is not rationale as relates to his prosecution and sentencing. One example of his bizarre behavior is that he has chewed all of his fingernails off. He has chewed them away from the skin and has no fingernails at all. Morris' entire focus in this case is on the civil suits that he has filed and recovery of property that has been seized by the Government.

9. The undersigned has also spoken with a member of Morris' family who indicated that Morris does reasonably well on his medication, but had not been on his medication when the instant offenses allegedly occurred.

10. Counsel has now had an opportunity to be present in Court with Morris for the first phase of his sentencing before Judge Coogler. Morris was constantly distracting counsel making comments and points without relevance making it impossible for counsel to be effective.

11. Further, on today's date counsel has been advised that Morris forwarded his book Virgin Bride.net to Judge Thompson. This matter is presently under investigation. AUSA Susan Redmond has advised counsel that the mailing of this material may constitute a new federal criminal charge as the book contains child pornography. This mailing nor the reasons for the mailing were discussed with counsel nor done with counsel's approval.

12. All of these factors certainly required the filing of the motion for an 18 U.S.C. §4241 examination. Counsel realizes that this was not requested before and Morris proceeded to trial and apparently assisted his counsel. The undersigned is extremely concerned as to his mental competence and to any mental disorder that he may suffer from at the present time. Counsel would be remiss in not asking the Court to order the examination.

13. Wherefore the undersigned respectfully request that this Court grant the request for

an 18 U.S.C. §4241 mental evaluation.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012