IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06cr00218-MHT-WC-1 |
| | * |
| GEORGE HOEY MORRIS, | * |
|    DEFENDANT. | * |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Susan G. James, Attorney for George Hoey Morris, and files this motion to withdraw as counsel and in support thereof states the following:

1. Pursuant to Alabama Rule of Professional Conduct for Attorneys 1.16 the undersigned is required to withdraw as counsel for Morris.

2. Wherefore the undersigned respectfully request that this Court grant the motion to withdraw.

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007 I submitted by first class mail the same to George Hoey Morris, Detainee, Montgomery City Jail, P. O. Box 159, Montgomery, Alabama 36195 and I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012