IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS | ) | |
| a/k/a JOHNNY RAY FORTUNE | ) | |

**ORDER**

It is ORDERED as follows:

(1) The government's motion to continue sentencing (doc. no. 59) is granted.

(2) Defendant George Hoey Morris's motion to continue sentencing (doc. no. 60) is granted.

(3) Sentencing for defendant Morris, currently set for May 30, 2007, is reset for June 6, 2007, at 8:30 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 18th day of May, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**