IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:06-CR-218-MHT |
| ) | |
| GEORGE HOEY MORRIS   ) | |
| aka JOHNNY RAY FORTUNE  ) | |

## NOTICE OF CHANGE OF SENTENCING DATE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Honorable Court to take Notice of the change in sentencing date, and states as follows:

1.   On March 1, 2007, the Court ordered a continuance in the sentencing of the Defendant in the above-styled case from March 7, 2007 to April 19, 2007. As reason for the resetting of the sentencing hearing, the Court stated, "...the court believes that defendant George Hoey Morris should be sentenced in United States v. Morris, Criminal Action No. 2:05cr108-LSC (M.D. Ala.) Before he is sentenced in this case,...".

2.   On May 21, 2007, the Honorable L. Scott Coogler, after granting a Motion to Withdraw filed by Susan G. James and appointing J. Carlton Taylor to represent the defendant, continued sentencing in United States v. Morris, CR NO. 2:05cr108-LSC to July 3, 2007, at 10:00 a.m.

3.   In light of this Court's previous Order, the United States respectfully gives notice of the new sentencing date in 2:05cr108-LSC for the Court's consideration.

Respectfully submitted, this 21st day of May, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, AL 36101-0197
                334.223.7280
                334.223.7135 fax
                susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )   CR. NO.  2:06-cr-218-MHT |
| **GEORGE HOEY MORRIS** | ) |

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to J. Carlton Taylor.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
susan.redmond@usdoj.gov