IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL ACTION NO. |
| ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS        ) | |
| a/k/a JOHNNY RAY FORTUNE  ) | |

### ORDER

It is ORDERED that the defendant George Hoey Morris's motion and renewed motion for a psychiatric examination (doc. nos. 47 & 61) and motion to withdraw (doc. no. 62) are set for hearing on May 24, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

It is further ORDERED that defendant Morris's former attorney, the Hon. J. Carlton Taylor, be present.

The clerk of the court is DIRECTED to notify Mr. Taylor of this order.

DONE, this the 22nd day of May, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE