IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:06cr218-MHT
GEORGE HOEY MORRIS          )
a/k/a JOHNNY RAY FORTUNE    )
```

ORDER

Based on the representations of counsel and after reviewing the sealed transcript of the May 21, 2007, proceedings before Judge Coogler in <u>United States v. George Hoey Morris</u>, Criminal Action No. 2:05cr108-LSC (M.D. Ala.), it is ORDERED as follows:

(1) Hon. Susan Graham James's motion to withdraw as counsel for defendant George Hoey Morris (doc. no. 62) is granted.

(2) Hon. J. Carlton Taylor is reappointed, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent defendant Morris.

(3) Defendant Morris's oral objection to the reappointment of Mr. Taylor is treated as an oral motion for new counsel, and said motion is set for hearing on June 14, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

DONE, this the 11th day of June, 2007.

  /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**