In The District Court of the United States
For The Middle District of Alabama
Northern Division

RECEIVED 2007 JUN 14 A 11:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America )
                         )   Case
v                        )   2:06 cr 218-MHT
                         )
George Hoey Morris       )

## Motion For A Directed Verdict

Comes now the undersigned appearing pro se in the above styled case and moves this Court for a directed verdict of "Not Guilty" on the grounds that the jury was provided false and misleading testimony.

The undersigned prays that this Court read the supporting document entitled "Affidavit in Support of a Directed Verdict" to determine that Government witness Thomas Coram and DA Susan Redmond at the least misled the jury and at most committed perjury by filing a false affidavit.

Respectfully submitted to this Court on 14 June 2007 by George Hoey Morris

page 1

Certificate of Service

I certify that on 14 June 2007 I informed District Attorney Susan Redmond of the existance of this document so that she could make a copy.

*[signed] George Usery Muni*

page 2

In The District Court of the United States
For The Middle District of Alabama
Northern Division

United States of America )
vs                       ) CASE
George Hoey Morris       ) 2:06cr 218-MHT

### Affidavit In Support of Motion For A Directed Verdict

My name is George Hoey Morris. Several months ago, government investigators served warrants on my two saf-t-boxes seeking child pornography. They found none. They removed perhaps seven expired passports that I kept as souveneers of my travels. The only valid passport I owned had been seized earlier. The District Attorney is asserting that I hid the expired passports in the boxes to thwart an investigation. I placed them there to protect against loss. There was no investigation. They were expired.

Since my conviction, I have discovered that the government claimed that I was also thwarting another investigation in 1997; the last year of validity for a certain passport. That allegation is apparently neccessary to go back ten

Page 1

YEARS; SIX YEARS BEYOND THE STATUTE OF LIMITATIONS. DURING MY TRIAL, I HAD NO IDEA THIS CLAIM WAS BEING MADE. I HAVE NEVER SEEN THE DISCOVERY ON THIS CASE. IF THERE EXISTS AN AFFIDAVIT MAKING THIS CLAIM; SOMEONE IS GUILTY OF PERJURY.

IN RETROSPECT, IT IS CLEAR THAT SUSAN REDMOND SPENT MUCH TIME MAKING IT APPEAR THAT THERE HAD BEEN AN INVESTIGATION. SHE DISCUSSED AT LENGTH THE INVESTIGATION BY THE VIETNAMESE GOVERNMENT DURING MY RESEARCH IN THAT NATION. SHE CITED MY BOOK "flashback" TO SHOW THERE HAD BEEN AN INVESTIGATION. THAT BOOK DESCRIBES IN DETAIL THE EFFORTS BY COMMUNIST AUTHORITIES TO STOP THE RESEARCH. THE PROBLEM WITH MS REDMOND'S APPROACH IS THAT THERE WAS NO INVESTIGATION BY THE UNITED STATES GOVERNMENT. THERE WAS NO CRIME AND THE ONLY VICTIM WAS THE COMMUNIST GOVERNMENT OF VIETNAM. MS REDMOND WAS MISLEADING THE JURY WITH HER ASSERTION OF AN INVESTIGATION. SOMEONE MISLED THE GRAND JURY TO BRING PASSPORT FRAUD CHARGES; SAID CHARGES BEING A DESPERATE ATTEMPT TO AVOID CIVIL LIABILITY FOR THE FAILED CHILD PORNOGRAPHY INVESTIGATION.

My attorney, J. Carlton Taylor told me that if I took the stand, or explained to the jury that I was deported from Vietnam for doing illegal research; that jury would be told I traveled there for illegal sex. I believe that is what Susan Redmond told Hon Judge Thompson and others.

Three days before the trial, the <u>Montgomery Advertiser</u> front page story read "Sex Tourist Convicted". WSFA and WAKA carried "top story" coverage of my conviction for having sex with my Vietnamese wife. The jury was ready and willing to convict, even without Ms Redmond's totally false claim that I was thwarting some sort of investigation when I applied for my new passport with the new name "Johnny Ray Fortune"; said identity being neccessary for entry into Vietnam to complete research.

Ms Redmond is now attempting to enhance my punishment with her claim I placed the expired passports in the boxes to thwart another investigation. These were in the boxes during the initial searches of my residences and warehouses for child porn. If they weren't, they would have been siezed.

Page 3

I SWEAR; UNDER PENALTY OF PERJURY, THAT THERE WAS NO INVESTIGATION TAKING PLACE WHEN I APPLIED FOR A PASSPORT. I TRULY BELIEVED THE PASSPORT HAD BEEN BURNED AS TRASH WHEN I CLEANED OUT MY FILING CABINET. I FOUND IT IN THE BACK OF A FILING CABINET YEARS LATER.

THE PASSPORT WAS EXPIRED. NO FRAUD HAD EVER BEEN COMMITTED. THERE WAS NO VICTIM AND NO MIS-REPRESENTATION OF TRAVEL ITENERARIES. NO FRAUD EVEN OCCURRED. I AM NOT GUILTY OF PASSPORT FRAUD.

02 June 2007
DATE

George Hoey Morris

State of Alabama
County of Montgomery

BEFORE ME PERSONALLY APPEARED GEORGE HOEY MORRIS, WHO, AFTER BEING DULY SWORN, DID AFFIX HIS SIGNATURE TO THE FOREGOING INSTRUMENT.

June 9, 2007
DATE

Lisa Hampton Davis
NOTARY PUBLIC

Lisa Hampton Davis
NOTARY'S PRINTED NAME

March 17, 2009
MY COMMISSION EXPIRES

(SEAL)

page 4

## Certificate of Service

I certify that on 14 June 2007 I informed District Attorney Susan Redmond of the existance of this document so that she could make a copy.

*[signature]*