RECEIVED
2007 JUN 14 A 11:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

In The District Court of the United States
For The Middle District of Alabama
Northern Division

United States of America )
v. ) Case 2:06 cr 218-MHT
George Hoey Morris )

## Motion To Stipulate A Fact

Comes now the defendant George Hoey Morris appearing pro se in the above styled case and moves this Court to stipulate on record that the book virginbride.net is not child pornography.

Such a stipulation is necessary because defendant has suffered irreparable harm the direct result of prosecution's insistance that virginbride.net contains illegal photography. The book was entered into evidence during the defendant's trial over his objections and with prosecution's refusal to stipulate the book was legal. Susan Redmond's refusal left the impression among jurors that virginbride.net could very well be child pornography and that defendant Morris did indeed manufacture child pornography

Page 1

Ms Redmond began creating this illusion during the detention hearing when she instructed government witness Thomas Coram Jr to black out the face, crotch and breast on five or six photographs copied from the defendant's website "virginbride.org". The transcript of that hearing on 17 June 2005 documents Coram's admission "At your direction (Redmonds'), I have blacked out all the faces of the children" (p46-L-9-10). Mr Coram had in fact blacked out faces, crotches and breasts creating the false illusion that the photographs were child pornography. Mr Coram and Ms Redmond took five photos (of approximately 700) from the modeling website, tampered with them until they appeared illegal and then put forth the premise that they were child porn.

On another occasion during the hearing, Ms Redmond asked probation officer Bernard Ross if he had any way of knowing if Morris was working on his "Child pornography business" (p.85-L8-9). Bernard Ross replied "No Ma'am." Government witness Coram told Magistrate Susan Russ Walker that Morris was under investigation for possession of child pornography (p7-L21-22). He said this with full knowledge that none of the photography seized

During an extensive investigation could be classified illegal.

Redmond and Coram presented false testimony that Morris had approached four underage females and had attempted to pay them to pose in their underware. Coram had already interviewed the girls' parents and had to have known this was not true. In view of the fact that Morris has been charged with outrageous crimes on the flimsiest of evidence; it seems logical to conclude that if Morris had committed these crimes, he would have been charged.

Magistrate Walker, after hearing these claims and other misleading or false testimony, revoked Morris' pre-trial release and jailed him without bond.

The initial production run of virginbride.net was seized on the premise that it may contain child porn. Despite the fact that nothing in that book even remotely resembles child porn, the books were never returned. An enormous amount of publicity surrounded that event, leading many to believe the book was illegal.

Government witness Thomas Coram Jr and Ms Redmond vastly exceeded their authority

page 3

WHEN THEY DELIBERATELY CREATED THE ILLUSION THAT virginbride.net WAS CHILD PORNOGRAPHY AND THAT THE UNDERSIGNED MANUFACTURED CHILD PORN. SUSAN REDMOND HAS TAKEN UNFAIR ADVANTAGE THROUGHOUT ALL THE TRIALS BY PLACING MORRIS BEFORE JURIES THAT BELIEVED HIM TO BE A CHILD PORNOGRAPHER. SHE HAS CAUSED MORRIS' ILLEGAL PRE-TRIAL DETENTION WITH HER ASSERTION THAT MORRIS' WEBSITE AND BOOK WERE ILLEGAL.

AND FINALLY, SUSAN REDMOND COMMITTED THE ULTIMATE UNETHICAL (AND PROBABLY ILLEGAL) ACT WHEN SHE DESTROYED MONTHS OF PREPARATION BY THREATENING MORRIS' ATTORNEY WITH ARREST FOR POSSESSING AND HANDLING virginbride.net. MS REDMOND MUST HAVE KNOWN THAT THERE WAS NO CHILD PORNOGRAPHY IN THE BOOK. SHE TAKES THE SLIGHTEST HINT OF EVIDENCE AND FABRICATES CHARGES. IF SHE HAD EVEN ONE ILLEGAL PHOTO AMONG THE MANY THOUSANDS SHE POSSESSES (MORRIS') SHE WOULD GLEEFULLY CHARGE HIM WITH A CRIME. MORRIS' ATTORNEY RESIGNED.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, THE UNDERSIGNED PRAYS THAT THIS COURT STIPULATE THAT THE BOOK virginbride.net CONTAINS NO CHILD PORNOGRAPHY AND IS IN FACT LEGAL.

RESPECTFULLY SUBMITTED ON 14 JUNE 2007
by...
George Morey Morris

Page 4

# Certificate of Service

I certify that on 14 June 2007 I informed District Attorney Susan Redmond of the existence of this document so that she could make a copy.

*[signature: George Harvey Mann]*

Page 5