In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2007 JUN 14 A 11:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America )
                         )   CASE NO:
V                        )   2:06 cr 218-MHT
                         )
George Hoey Morris       )

## Motion For Bond Hearing

Comes now the undersigned appearing pro se in the above styled case and moves this Court to schedule a hearing at which to discuss the facts surrounding his detention without bond. Morris informs this Court that Susan Redmond and Thomas Coram Jr intentionally misled the Court in order to unlawfully deprive him of his right to pretrial detention while they could build several cases built on perjury and misleading evidence.

Morris informs this Court that he is not guilty of a violent crime, has strong family ties, adequate income, lacks criminal background history and meets all criteria for a bond. Morris offers accompanying Brief in Support of Bond as evidence that his confinement is the

page 1

DIRECT RESULT OF FALSE AND MISLEADING TESTIMONY BY GOVERNMENT WITNESS Thomas Coram Jr IN THE PRESENCE OF MAGISTRATE SUSAN RUSS WALKER.

Morris WAS RELEASED ON $25000.00 BOND AFTER HIS ARREST FOR VISA FRAUD. Coram AND Ms Redmond ARRANGED A HEARING ON 17 JUNE 2005 ENTITLED "REVIEW OF RELEASE HEARING." PERJURY DURING THIS HEARING CREATED THE FALSE IMPRESSION THAT Morris WAS NOT BONDABLE. MITCHELL P. REISNER (334-2652500) CREATED A TRANSCRIPT OF THAT HEARING. THAT TRANSCRIPT IS REVIEWED IN THE ACCOMPANYING BRIEF IN SUPPORT of BOND AS Morris IDENTIFIES FALSE TESTIMONY SPECIFICALLY GIVEN TO CAUSE HIS UNLAWFUL DETENTION.

Morris PRAYS THAT THIS COURT REVIEW THE UNDERSIGNED'S BRIEF, RECOGNIZE THAT HE IS THE VICTIM OF PERJURED TESTIMONY AND GRANT A HEARING DURING WHICH GOVERNMENT WITNESS Thomas Coram Jr MAY BE QUESTIONED ABOUT HIS ACTIONS AND TESTIMONY.

Respectfully SUBMITTED TO THIS COURT ON 14 JUNE 2007 by...

*[signature: George Huey Morris]*

Page 2

# Certificate of Service

I certify that on 14 June 2007 I notified Hon Susan Redmond of the existance of the foregoing motion so that she could make a copy.

*[signature]*

page 3