RECEIVED

2007 JUN 14 A 11: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

In The United States District Court
Middle District of Alabama
Northern Division

United States of America,                CASE no:
                                          2:06 cr 218-MHT
            v

George Hoey Morris

Brief In Support of Bond Hearing

On 20 Jan 2005, Lead Investigator Thomas Coram Jr served three warrants seeking child pornography on Morris' homes. This execution occurred exactly ten days after a federal judge ruled against Morris in a civil lawsuit filed after Covington County seized the initial production of a book entitled Virginbride.net. Judge Mark E. Fuller ruled the county enjoyed "qualified immunity". The three search warrants were issued by Troy King; the Alabama Attorney General (AAG), based on sworn depositions by Thomas Coram Jr. Troy King was the attorney for Covington County; Morris' civil adversary.

The raids netted an abundance of photos, files and information, but no illegal photography. Seven days later, Thomas Coram Jr caused another warrant seeking child porn to be executed by officer Mike Garrett of Houston Police Dept.

(page 1)

The Texas warrent also yielded no child porn. Officer Garrett told Morris he was free to go. At that point, Coram may have become frustrated. He falsely informed Garrett that the AAG had a warrant for his arrest. Morris was arrested.

Morris posted bond and returned to Alabama to discover no warrant existed. After about a four hour wait, a hand written AAG warrant was delivered with only Morris' name and "forgery with intent to defraud." That warrant has been removed from the record. Hon J. Carlton Taylor can confirm it is missing (334 244 0447).

Coram's best friend is Alan Nummy; mayor of Eclectic and AAG employee. He is also Morris' neighbor. In all likelihood, Nummy obtained the false documentation neccessary for the warrant when it absolutely had to be produced. Nummy's police chief Gordon Ledbetter has contacts at the Elmore County Jail. He may be responsible for its dissapearance after it was about to be closely examined. The forgery was supposedly committed after Morris signed his name "George Hoey Morris" on a driver's licence renewal form several years earlier.

About six weeks later, Morris was driving to the scheduled forgery hearing. Nummy (334 541 2148) had Ledbetter arrest Morris on the way to the hearing without

A WARRANT. LEDBETTER DREW UP A HANDWRITTEN WARRANT WHILE THE JUDGE ISSUED A FAILURE TO APPEAR WARRANT ABOUT 400 YARDS AWAY. THE WARRANT WAS FOR HARRASSMENT, A CHARGE LATER DISMISSED. IN VIEW OF THE FACT THAT CONAM AND NUMMY SAW MORRIS EVERY DAY AND PICKED THAT MOMENT TO ARREST HIM, THIS MUST HAVE BEEN AN ILLEGAL EFFORT TO CAUSE HIM TO MISS THAT HEARING.

THOMAS GOGGANS (ATTORNEY) ORIGINALLY REPRESENTED MORRIS IN THAT CASE (33X 834 2511). HE WILL CONFIRM THAT THE SUBPAENA CAME TO HIS OFFICE FOR THE HARRASSMENT HEARING WITH THE DATE WHITED OUT CAUSING AN FTA TO BE ISSUED. HON J. CARLTON TAYLOR TOOK OVER THAT CASE AND DISCOVERED THAT AFTER HE PRESSED FOR DETAILS, AN AFFIDAVIT WAS ADDED THAT DID NOT EXIST IN THE DISCOVERY PROVIDED TO GOGGANS; PROOF OF EVIDENCE TAMPERING AFTER ACCUSATIONS THAT THE ARREST WAS ILLEGAL.

SEVERAL WEEKS LATER, MORRIS WAS ARRESTED WITH AN AAG WARRANT (FELONY) FOR GIVING A FALSE NAME TO A POLICE OFFICER AFTER HE SIGNED "GEORGE HOEY MORRIS" TO A TRAFFIC TICKET WHICH HAD BEEN PAID MONTHS EARLIER. AFTER TAYLOR BEGAN HIS WARRANT INVESTIGATION, THAT AAG WARRANT WAS REPLACED WITH A COUNTY misdemeanor warrant.

page 3

Coram generated three more forgery charges in Florida based on traffic tickets signed by "George Hoey Morris"; all felonies. He also generated a voting fraud arrest which was dismissed upon closer investigation. In all Coram and Nummy generated 22 arrests, all of which were based on false testimony.

Probably the most flagrant violation of the law occurred after Morris was placed on electronic monitoring after he was arrested for visa fraud on the basis of an error on a visa application that was abandoned. Morris went to a scheduled attorney visit. His attorney, Jennifer Hart (334 8342099) failed to notify his probation officer Bernard Ross (334 9543248) of the visit. Coram and Nummy called Ross, who said Morris had no permission to leave. With his — mistaken belief Morris was violating his pre-trial release, Nummy issued two (2) failure to appear warrants and arranged that Wetumpka Police arrest him upon entry into Elmore County. Regretfully, Morris attempted suicide at the Elmore County Jail.

Officer Ross recognized it was a setup. He refused to violate Morris on what he called "trumped up charges". Hon J. Taylor has confirmed that no FTA warrants ever

page 4

EXISTED FOR THAT ARREST. THE ONLY FTA WARRANT EVER ISSUED WAS MONTHS EARLIER AFTER THE WHITEOUT INCIDENT; IT WAS IMMEDIATELY QUASHED BY HON GOGGANS.

NUMMY AND CORAM QUICKLY ARRANGED THE REVIEW OF THE RELEASE ORDER. WHILE AWAITING THAT HEARING, NUMMY'S POLICE ENTERED MORRIS' HOME WITHOUT A WARRANT AND ARRESTED HIM FOR POSSESSION OF MARIJUANA. THE EVIDENCE TURNED OUT TO BE CIGAR TOBACCO. IN ALL, CORAM AND NUMMY EXECUTED SIX SEARCH WARRANTS SEEKING CHILD PORN AND FIVE SEARCHES WITH NO WARRANT AT ALL. THEY BEHAVED LIKE THE NAZI GESTAPHO; NOT ALLOWING MORRIS FREEDOM OF MOVEMENT. MORRIS FECATED TWICE IN FULL VIEW OF FEMALE OFFICER RUTA PETERS (334 5412148) ON THE PREMISE HE COULD NOT BE ALONE DURING ONE 8 HOUR OCCUPATION OF HIS HOME. MS PETERS WALKED BY WHILE MALE OFFICERS WATCHED THROUGH THE OPEN DOOR. NOTHING ILLEGAL WAS FOUND.

DURING THE REVIEW HEARING, CORAM'S TESTIMONY RANGED FROM MISLEADING TO PERJURY. THE FOLLOWING TESTIMONY IS DOCUMENTED IN THE TRANSCRIPT OF THAT 17 JUNE 2005 HEARING. MORRIS HAS BEEN CONFINED SINCE THAT DATE.

"MORRIS IS CURRENTLY FACING CHARGES IN FLORIDA FOR DRIVER'S LICENCE FRAUD" (P6 L18-19), HE BEGAN. CORAM GENERATED THOSE AFTER HE

DISCOVERED TICKETS SIGNED BY MR MORRIS. NO FRAUD EXISTED. "IN THE STATE OF ALABAMA HE IS CURRENTLY FACING CHARGES FOR FORGERY, POSSESSION OF MARIJUANA, POSSESSION OF DRUG PARAPHERNALIA AND PROVIDING A FALSE NAME TO A LAW ENFORCEMENT OFFICERS" (P 6 - L-17-22) THESE ARRESTS WERE PREVIOUSLY EXPLAINED. "I'M ALSO AWARE HES' THE SUBJECT OF SEVERAL OUTSTANDING ARREST WARRANTS FOR ADDITIONAL COUNTS OF PROVIDING A FALSE NAME TO A LAW ENFORCEMENT OFFICER" (P6 22-25). THERE WERE NO ARREST WARRANTS AND MORRIS NEVER PROVIDED A FALSE NAME TO A POLICE OFFICER.

CORAM AND MS REDMOND ENTERED <u>virginbride.net</u> AND 5 PHOTOS INTO EVIDENCE. THE PHOTOS WERE OF TEENAGE GIRLS IN BATHING SUITS. CORAM AND MS REDMOND TAMPERED WITH THE EVIDENCE BY BLACKING OUT FACES, CROTCHES AND BREASTS THEREBY MAKING IT APPEAR THE PHOTOS WERE CHILD PORN. THEY THEN PUT FORTH THE PREMISE THAT MORRIS POSSESSED AND MANUFACTURED CHILD PORN; AN ABSURDITY.

CORAM DISCUSSED THREE GIRLS WHOM HE CLAIMED MORRIS ATTEMPTED TO PAY FOR POSES IN THEIR PANTIES AND BRA. THIS NEVER OCCURRED. HE KNEW THIS BECAUSE HE HAD ALREADY INTERVIEWED THEIR PARENTS IN AN ATTEMPT TO GET ARREST WARRANTS. CORAM LIED

Page 6

UNDER OATH; HE COMMITTED PERJURY. HE
RAMBLED ON AN ON ABOUT ONGOING INVESTIGATIONS
WITHOUT EVER MAKING IT CLEAR HE WAS
THE ONLY INVESTIGATOR. HE INSTEAD MADE IT
APPEAR THAT SEVERAL INDEPENDENT AGENCIES
WERE INVESTIGATING MORRIS. HE TOLD HOW WHEN
MORRIS WAS UNDER INVESTIGATION FOR
"FORGERY OF DRIVERS LICENCE" (P 51 L 21-22)
    TO PROVE MORRIS WAS A FLIGHT RISK, HE
QUOTED AN ARTICLE IN THE <u>ECLECTIC OBSERVER</u>
IN WHICH MORRIS STATED "I'M LEAVING ECLECTIC,
THERE ARE NO CIVIL RIGHTS IN THIS TOWN".
THAT QUOTE WAS MADE AFTER SEVERAL WARRANT-
LESS SEARCHES AND MORRIS HAD LIBERTY TO TRAVEL.
    WHILE DISCUSSING MORRIS' VARIOUS ARRESTS,
CORAM STATED "IT WAS ON THE STATE FORGERY
CHARGE. A WARRANT OBTAINED BY THE ATTORNEY
GENERAL'S OFFICE FOR THE STATE." (P 59 L 12-14).
HERE IS AN ADMISSION UNDER OATH THAT
THE TEXAS ARREST (MISSING AAG WARRANT)
WAS IN FACT AN AAG WARRANT.
    WHILE DISCUSSING AN INCIDENT OF
A BOTTLE OF GAS WITH A PLUG (MOLOTOV
COCTAIL) BEING LEFT ON MORRIS' PORCH
(WITH A NOTE), CORAM STATES "SO I AM
CONVINCED MR. MORRIS WROTE THE NOTE THAT
WAS LEFT WITH THE MOLOTOV COCTAIL"
(P 66 - L 11-12). HE SAID THIS AFTER

CLAIMING HE COMPARED THE NOTE TO KNOWN SAMPLES OF MORRIS' HANDWRITING. WHEN ASKED IF MORRIS COMMITTED A VIOLENT CRIME HE REPLIED "I BELIEVE THE MANUFACTURE OF A DESTRUCTIVE DEVICE WOULD BE CLASSIFIED A VIOLENT CRIME; A CRIME OF VIOLENCE YES MA'AM". (p 70 - L 21-23. INVESTIGATORS OF THAT INCIDENT INTERVIEWED FOUR EYE WITNESSES WHO IDENTIFIED THE PERPETRATOR of THAT CRIME AS JASON SELF; FRIEND OF CORAM NUMMY AND EPD MEMBERS. NO ARREST WAS EVER MADE.

Mr CORAM THEN SAID MORRIS' SON, WILLIAM HOEY MORRIS WAS CAUGHT LOOKING THROUGH THE WINDOW OF A NEIGHBOR'S NINE YEAR OLD DAUGHTER (p 77 - L 13-21). IN REALITY, OFFICER TIM PHILLIPS INTERVIEWED THAT COMPLAINANT AT THE REQUEST OF MORRIS. (.334 5-12-94). THE GIRL'S FATHER ADMITTED HE MADE IT UP. MORRIS DID NOT PRESS CHARGES.

"MRS REDMOND REFERS TO MORRIS' CHILD PORNOGRAPHY BUSINESS" (p 85 - L 8-9) AND CONSTANTLY DISCUSSES MORRIS AS IF HE WERE A CHILD PORNOGRAPHER. CORAM ALSO CLAIMED MORRIS ENTERED A CONVENIENCE STORE WITH A GUN,

P. 8

This absurd lie implied Morris might rob a convenience store 3 blocks from his home.

The many federal charges lodged against Morris are also based on false and misleading testimony and are too complicated to be addressed at this time. False affidavits and testimony have made it appear Morris is guilty of hideous crimes. These lies must wait to be exposed.

This brief was prepared to expose the illegal activities and testimony by Alan Nummy, Thomas Coram and Ms Susan Redmond. The undersigned hopes this court will use the information and contacts provided to investigate these claims. After they are verified as true, the undersigned requests a hearing to determine a bond permitting Morris to further establish the fact that he has been framed by conspirators who are deeply mired in civil liability.

Respectfully submitted to this court on 14 June 2007 by:

P.9

CERTIFICATE OF SERVICE

I CERTIFY THAT ON 14 JUNE 2007
I NOTIFIED DA SUSAN REDMOND OF
THE EXISTANCE OF THIS INSTRUMENT
SO THAT SHE COULD MAKE A COPY.

*[signature]*

p 10