IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )| |
|    v.                           ) | CRIMINAL ACTION NO. |
| ) |   2:06cr218-MHT |
| GEORGE HOEY MORRIS        ) | |
| a/k/a JOHNNY RAY FORTUNE  ) | |

<u>ORDER</u>

It is ORDERED that defendant George Hoey Morris's pro-se motion for a directed verdict (Doc. No. 71) is denied.

DONE, this the 15th day of June, 2007.

                        <u>/s/ Myron H. Thompson</u>
                        **UNITED STATES DISTRICT JUDGE**