IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:06cr218-MHT
GEORGE HOEY MORRIS          )
a/k/a JOHNNY RAY FORTUNE    )
```

### ORDER

It is ORDERED that defendant George Hoey Morris's pro-se motion to stipulate a fact (Doc. No. 72) is denied.

DONE, this the 15th day of June, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE