IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |

### **ORDER**

On June 14, 2007, the defendant filed a Pro Se Motion for Bond Hearing (Doc # 73). It is ORDERED that the motion be set for a hearing on Monday, June 18, 2007, at 2:30 p.m., in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the person or persons having custody of the defendant shall produce him for said hearing.

DONE this 15th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE