IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. NO. 2:06cr218-MHT |
| ) | |
| GEORGE HOEY MORRIS ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On June 14 2007, Defendant GEORGE HOEY MORRIS filed a motion for Bond (Doc # 73). A hearing was held on the motion on June 18, 2007. For reasons stated on the record during the hearing, it is

ORDERED that the motion is denied and that the defendant be remanded to the custody of the U.S. Marshal until sentencing.

Done this 19th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE