George Hoey Morris
Federal Detention Annex
PO Box 159
Montgomery, AL 36101

Hon Myron Thompson
17 June 2007

RECEIVED 2007 JUN 19 A 9:0[?]
A. P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sir,
  You have a unique opportunity to distinguish yourself in the judiciary. You are soon to make a decision on an historic example of flagrant abuse of power by Thomas Coram Jr. You can go along with this "railroading" and in the near future, the world will consider that you have assisted in this frame-up destined to go down in legal history. It's only a matter of time til the genie is out of the bottle and it is apparent that I have endured non-stop violations of my rights. My case is definitely one for the textbooks.
  On the other hand, you can order the Marshall's office to investigate my claims. Why not bring down the big bad (retired) Homeland Security Agent Thomas Coram Jr. He's the one breaking the law; not me. He is my neighbor in Eclectic and told everyone he would get me before he retired.
          —over—

He tried so hard to find child pornography that he then broke the law. He's a failure.

I invite you to read my pro se motions I am filing in about 12 days on Judge Coogler's various cases. This will help you realize that I have indeed been framed by a desperate Coram. Judge Coogler, I'm afraid, is going along with the railroading. He approved a jury instruction that said my marriage to my lovely young wife was illegal in Vietnam; a lie. My book "virginbride.net" may be viewed online at GeorgetteyMorris.com. See page 120 for proof my marriage was legal. Please read my pro se motions prior to the bond hearing motion.

If you would let me question Thomas Coram Jr under oath (at a bond hearing), I am confident he would be under arrest. My case is discussed all over the world. It's under a microscope now; but is destined to be more so as facts emerge.

Please take this opportunity stand up for freedom of the press and the Constitution. Your reputation is good; make it better.         Respectfully yours,
                                            George Huey Morris