IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )| |
| v.                          ) | CRIMINAL ACTION NO. |
| )| 2:06cr218-MHT |
| GEORGE HOEY MORRIS          ) | |
| a/k/a JOHNNY RAY FORTUNE    ) | |

## ORDER

It is ORDERED that defendant George Hoey Morris's pro-se motion for investigation (Doc. No. 82) is denied.

DONE, this the 21st day of June, 2007.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE