In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2007 JUN 25 A 9:34

United States of America,    ) Criminal Action No
                             )   2:05-CR-108-LSC
v                            )
George Hoey Morris           )   2:06-CR-218-MHT

## Motion To Produce A Document

Comes now the undersigned appearing pro se in the above styled case and moves this Court to produce a copy of the Pre Sentence Investigation Report (PSI).

Morris informs this Court that on 14 June 2007, a judge discussed Morris "lying under oath" and "attempting to convince someone to lie under oath." Morris has never heard either allegation, indicating that the judge was reading a new PSI. Also; the PSI appeared to be more than twice as thick as the PSI Morris has reviewed.

Morris informs this Court that on one occasion, the PSI arrived after he was scheduled to be sentenced. On the day the sentencing was to occur (it was postponed), a new PSI arrived recommending life. This means that; had Morris been sentenced

page 1

ON THAT DAY, HE WOULD HAVE RETURNED TO FIND THE NEW PSI RECCOMMENDING HE SPEND LIFE IN PRISON.

    IN ALL LIKLIHOOD, THE CURRENT PSI HAS NOT BEEN PROVIDED TO MORRIS. FURTHERMORE; MORRIS' ATTORNEY HAS NOT DISCUSSED THIS DOCUMENT WITH HIM.

    THE UNDERSIGNED RESPECTFULLY REQUESTS THAT JUDGE THOMPSON AND JUDGE COOGLER ORDER THAT MORRIS BE PROVIDED A COPY OF HIS PSI RELEVANT TO ALL CHARGES.

RESPECTFULLY SUBMITTED ON 22 JUNE 2007
by...

*George Morey Morris*

page 2

CERTIFICATE OF SERVICE

The undersigned respectfully requests the Clerk to electronically provide a copy of this motion to:

Hon Susan Redmond

Hon J Carleton Taylor

*[signature]*