— SENT CERTIFIED MAIL —

J. Carlton Taylor
5748 Carmichael Rd [illegible]
Montgomery AL 36117

RECEIVED
2007 JUN 28 AM [illegible]
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

George Urey Morris
Federal Detention Annex
Box 158
Montgomery AL 36101

28 June 2007

Dear Sir,

As you know, you claim to have filed a complaint with AL Att Gen Troy King about the use of his office to cause fraudulent arrests. Because; after numerous requests, you still have not provided me a copy, I don't believe you have made a complaint.

As you know; I requested that you do an investigation into a few illegal incidents; namely those involving the Alabama Attorney General (AAG) office. I provided you with a sworn affidavit alledging that AAG employee Alan Nummy had used AAG warrants to arrest me; said warrants not being legal. Your investigation confirmed the following:

(1) I was arrested in Texas for forgery (signing my own name). Sworn testimony documents it was an AAG warrant.

(2) When I turned myself in to Alabama, an AAG warrant was delivered after about four hours without a warrant being found. Your investigation confirms

page 1

THAT NO WARRANT AT ALL EXISTS NOW. THE AAG WARRANT IS MISSING.

(3) AS I DROVE TO THE FORGERY HEARING, AAG EMPLOYEE (ECLECTIC MAYOR) HAD ME ARRESTED FOR HARRASSMENT; A CHARGE LATER DISMISSED. THE WARRANT WAS WRITTEN UP AFTER MY ARREST. YOUR QUERIE HAS CONFIRMED THAT NEW DOCUMENTATION WAS ADDED TO THAT FILE AFTER THE HARRASSMENT CHARGE WENT TO TRIAL.

(4) I WAS ARRESTED ABOUT FOUR MONTHS AFTER I SIGNED MY NAME TO A SPEEDING TICKET (WHICH HAD BEEN PAID) WITH AN AAG WARRANT FOR FELONY "GIVING A FALSE NAME TO A POLICE OFFICER". YOUR INVESTIGATION CONFIRMED THAT THE FELONY AAG WARRANT HAS BEEN REPLACED WITH A MISDEMEANOR COUNTY WARRANT. THAT CASE HAS BEEN REMOVED FROM THE DOCKET WITHOUT MY PERMISSION.

(5) AAG EMPLOYEE ALAN NUMMY; WITH HIS MISTAKEN BELIEF THAT I WAS ABSENT (from electronic monitoring) WITHOUT PERMISSION, CAUSED MY ARREST BY WETUMPKA POLICE WITH TWO (2) VERBAL FAILURE TO APPEAR WARRANTS THAT DID NOT IN ACTUALITY EXIST.

page 2

Your investigation confirmed that there were no FTA warrants. This means AAG employee Alan Nummy violated the law with his claim there was. My probation officer Bernard Ross refused to violate me on what he called "trumped up charges".

Mr Taylor. This is perhaps my tenth request (fourth in writing) for you to prove you filed a complaint with the AAG. If you do not provide it I want you off the state case and give me a refund. Please immediately provide a copy of the AAG complaint you claim to have filed.

Thank you!

George Mon...

cc:

Troy King
AL Attorney Gen
Al State House
Suite 310
Montgomery Al 36130-0152

Hon Myron Thompson
PO Box 711
Montgomery Al 36101-0711

Hon L. Scott Coogler
PO Box 711
Montgomery Al 36101-0711

Hon Randall Houston
PO Box 701
Wetumpka, AL 36092-0701

page 3