IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                             )<br>                                                  )<br>GEORGE HOEY MORRIS            )<br>a/k/a JOHNNY RAY FORTUNE  ) | CRIMINAL ACTION NO.<br>     2:06cr218-MHT |

ORDER

It is ORDERED that the defendant George Hoey Morris's pro-se motion to produce a document (doc. no. 87) is set for hearing on July 10, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

DONE, this the 9th day of July, 2007.

　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE