In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2007 JUL -9  A 9: 45

[...] P. HACKETT, C[...]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America )
v                        )  2:06 cr 218-MHT
George Hoey Morris       )

## Motion To Delay Transport

Comes now the undersigned George Hoey Morris and requests that Hon Judge Myron Thompson issue an order delaying his transfer of custody to the Bureau of Prisons for 8 weeks so that he may complete his attempts to obtain an appeal lawyer.

Morris informs this court that District Attorney Susan Redmond threatened his attorney Susan James with legal sanctions the result of her possession and handling of his book virginbride.net. Ms James withdrew as council citing Alabama Bar rules that prohibit her from violating the law. Morris has filed a complaint with the Bar Association against Ms Redmond for the illegal and unethical intimidation of his council.

All preparation for sentencing and appeal are now useless and Morris must start at the beginning with new council. A delay in Morris' transport will allow Morris to negotiate a

— Page 1 —

contract prior to being transferred to BOP custody. If Morris is forced to transfer to prison, the transit time will be deducted from the time he has to appeal.

In view of the fact that Morris' lack of council is the direct result of Ms Redmond's illegal intimidation, it would be unjust to transport Morris before he has obtained council. In fact, a rapid transport to undermine Morris' efforts would be typical of prosecutorial conduct.

Morris informs this Court that he has an ad seeking council and that he must remain stationary to accomplish this goal. A rapid transport would undermine his efforts.

Wherefore, Morris requests an order prohibiting transport for at least 8 weeks.

Respectfully submitted on 05 July 2007 by

*George Hoey Morris*

page 2

## CERTIFICATE OF SERVICE

I RESPECTFULLY REQUEST THAT THE CLERK OF COURT ELECTRONICALLY TRANSMIT A COPY OF THE FOREGOING TO:

Hon Susan Redmond

Hon J. Carlton Taylor

*[signature: George Huey Moore]*