IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )       2:06cr218-MHT
GEORGE HOEY MORRIS            )
a/k/a JOHNNY RAY FORTUNE      )
```

ORDER

On July 10, 2007, the court heard arguments on three pro-se motions by defendant George Hoey Morris. For the reasons that follow, each motion is denied.

<u>Motion to dismiss counsel</u>: For the reasons outlined in this court's opinion and order of June 15, 2007 (doc. no. 76), Morris will continue to be represented by his court-appointed attorney unless and until he retains private counsel or chooses to represent himself. In open court and on the record, Morris stated that he has not, as of this date, retained private counsel, nor does he

wish to represent himself. His motion is therefore due to be denied.

<u>Motion to produce a document</u>: Morris seeks a copy of the presentence investigation report in his case, and in open court today he acknowledged that he has now received a copy. His motion is therefore moot.

<u>Motion to delay transport</u>: Morris is currently scheduled to be sentenced by this court on July 19, 2007. He wishes to remain at the local jail after he is sentenced so that he may continue in his effort to retain private counsel. The court declines to interfere with the regular procedures of the United States Marshal and the Bureau of Prisons in transporting defendants after sentencing.

Accordingly, it is ORDERED as follows:

(1) Defendant George Hoey Morris's pro-se motion to dismiss counsel (doc. no. 85) is denied.

(2) Defendant Morris's pro-se motion to produce a document (doc. no. 87) is denied as moot.

(3) Defendant Morris's pro-se motion to delay transport (doc. no. 91) is denied.

DONE, this the 11th day of July, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**