In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2007 JUL 23 A 9:39

United States of America  )
v.                        )   2:06 cr 218 - MHT
George Hoey Morris        )

## Motion To Make Transcript Part Of The Trial Record

Comes now the undersigned appearing pro se in the above styled case and moves this Court to make the transcript of the Review of Release Order Hearing a part of the above referenced trial record.

The transcript was created by Mitchell P. Reisner and contains information vital to the appeal of this case. That hearing occurred on 17 June 2005.

Respectfully submitted on 10 July 2007 by,

George Hoey Morris

Page 1

Certificate of Service

The undersigned respectfully requests the Clerk to electronically transmit a copy of this motion to:

Hon J. Carlton Taylor

Hon Susan Redmond

*[signature]*