In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2007 AUG -11 A 9:15
ORA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America )
v ) 2:06 cr 218-MHT
George Hoey Morris )

## Objection to the PSI Report

The undersigned objects to the inclusion of any enhancements based on his conduct with his former wife Phhim Thao. The passport is in no way connected to Morris' marriage in Vietnam. Morris replaced that old passport in 1997 to gain entry into Vietnam after having been deported on three occasions for conducting illegal research. The expired passport that was replaced and is the evidence used in the passport fraud case has nothing to do with Morris' former wife. In fact, that expired passport was never used fraudulently nor was it "secreted away" to hinder an investigation.

Respectfully submitted on 01 Aug 2007 by
George Hoey Morris

Certificate of Service

The undersigned respectfully requests the Clerk of Court to provide a copy of the forgoing instrument to:

Hon Susan Redmond

Hon J. Carleton Taylor

*[signature]*