IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |
| | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Court continue the sentencing hearing in this matter. In support thereof, we would show the following:

1. The above styled case is set for sentencing and a determination of mental competency on October 17, 2007, at 10:00 a.m.

2. By Order of the Court, dated July 17, 2007, Dr. Guy Renfro was ordered to conduct an examination of Morris and return his findings to the Court and to the parties by way of a written report within 10 days of completing the examination.

3. The undersigned AUSA is aware that Dr. Renfro has conducted at least a partial examination of Morris and, on information and belief, is desirous of conducting further examinations of Morris, reviews of documentary materials, and interviews of persons associated with Morris.

4. Despite his best efforts, it does not appear that Dr. Renfro will be able to complete his examinations and return a report to the Court and the parties in sufficient time to allow the parties to prepare for the October 17, 2007 hearing.

5. The United States, on behalf of Dr. Renfro, requests additional time to allow Dr.

Renfro to fulfill the Court's demands of him.

6. Attorney for the Defendant, Jon Taylor, has been contacted and has no objection to a continuance of this matter.

7. The Defendant will not suffer any prejudice should the Court grant this motion.

For the reasons stated above, the United States requests that this Honorable Court continue sentencing in this matter for a period of not less than 30 days.

Respectfully submitted this the 21st day of September, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Susan R. Redmond
> SUSAN R. REDMOND
> Assistant United States Attorney
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> 334.223.7280
> 334.223.7138 fax
> susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jon Taylor.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov