IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
|   v.    ) | CRIMINAL ACTION NO. |
| ) |    2:06cr218-MHT |
| GEORGE HOEY MORRIS    ) | |
| a/k/a JOHNNY RAY FORTUNE    ) | |

## ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 102) is granted.

(2) The competency hearing and sentencing for defendant George Hoey Morris, currently set for October 17, 2007, are reset for December 3, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 24th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE