IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS | ) | |
| a/k/a JOHNNY RAY FORTUNE | ) | |

ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (doc. no. 104) is granted.

(2) The competency hearing and sentencing for defendant George Hoey Morris, currently set for December 3, 2007, are reset for January 24, 2008, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 20th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE