IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **2:06CR218-MHT** |
| ) | |
| ) | |
| ) | |
| **GEORGE HOEY MORRIS** ) | |

## MOTION TO WITHDRAW

**COMES NOW**, counsel for the Defendant, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Motion to Withdraw in the above referenced case and as grounds would show unto this Honorable Court as follows:

1. The Defendant filed a bar complaint against the undersigned counsel, CSP No. 07-1231(A), which resulted in no finding.

2. The Defendant then filed a lawsuit in the United States District Court, for the Middle District of Alabama, Northern Division, naming the undersigned counsel as one of the Defendants, case number 2:07cv1059.

3. That the Defendant has put the undersigned in an adversarial position by his actions.

4. That the undersigned does not feel it is in the Defendant's best interest to continue representing the Defendant in this matter.

**WHEREFORE**, premises considered, the undersigned respectfully requests that his Motion to Withdraw be granted and new counsel be appointed to represent the Defendant.

**RESPECTFULLY SUBMITTED**, this the 12th day of December, 2007.

      /s/ J. Carlton Taylor
      J. CARLTON TAYLOR
      Attorney for the Defendant
      ASB 5037-L53J
      5748 Carmichael Parkway Suite D
      Montgomery, Alabama 36117
      (334) 244-0447
      (334) 244-0794
      jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 12th day of December, 2007.

      /s/ J. Carlton Taylor
      J. CARLTON TAYLOR
      Attorney for the Defendant
      ASB 5037-L53J
      5748 Carmichael Parkway Suite D
      Montgomery, Alabama 36117
      (334) 244-0447
      (334) 244-0794
      jtaylor@fullerandtaylor.com

Susan Redmond
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197

George Hoey Morris
c/o Montgomery City Jail
PO Box 159
Montgomery AL 36101