IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr218-MHT |
| | ) | |
| GEORGE HOEY MORRIS | ) | |

**ORDER ON MOTION**

On July 23, 2007, Defendant GEORGE HOEY MORRIS filed a *pro se* "Motion to Make Transcript Part of the Trial Record" (Doc #97). The motion requests that the Court make the transcript of the "Review of Release Order" Hearing held on June 17, 2005, a part of the trial record. A review of the record reveals that no hearing concerning the "Review of [a] Release Order" was held on June 17, 2005. Rather, the hearing was held in another criminal case involving this Defendant, Criminal Case 05cr108-LSC-SRW. In that case, Defendant also moved the Court to make the hearing transcript a part of the record. Cr. Case 05cr108, Motion to Make "Review of Release Transcript a Part of the Trial Record" (Doc. #253). The Honorable L. Scott Coogler, United States District Judge, denied the motion, as the hearing was already part of the court record and available for review if needed. Cr. Case 05cr108, Order of July 25, 2007 (Doc. #255). Because Defendant's pending motion (Doc. #96) in this case refers to

another case and has already been denied by this Court, it is

    ORDERED that the motion (Doc. #97) is DENIED as MOOT.

    Done this 18th day of December, 2007.

                                         /s/ Wallace Capel, Jr.
                                         WALLACE CAPEL, JR.
                                         UNITED STATES MAGISTRATE JUDGE