① 2:06cr218-MHT

07 JAN 2008   RECEIVED   George Hoey Morris
              2008 JAN -9 A 9:10   PO Box 159
Hon Judge Myron Thompson   Montgomery, AL. 36101
              U.S. DISTRICT COURT
              MIDDLE DISTRICT ALA

Dear Sir,
  Your reputation as a fair judge is widespread. I believe you are the person who can help me. If you act on the information I am providing you, you can cause an expose that will make your name synonymous with justice. In as few words as possible, I explain.
  My neighbor, Thomas Coram Jr, worked for Immigration Customs Enforcement. He was the lead investigator in all my cases. He has since retired. He used his connections to cause the Office of Homeland Security to make several illegal actions. To describe them all would take 10 pages, so I briefly discuss only a few.
  After 2 search warrants seeking child porn, Mr Coram became frustrated. He had FBI and Homeland Security execute a third warrant in Texas seeking child porn, also unsuccessful. That's when Coram broke the law the first time. He said there was a warrant from Alabama Attorney General (AAG) for me for

— over —



FORGERY. THIS WAS NOT TRUE. I WAS ARRESTED AND POSTED BOND. WHEN I TURNED MYSELF IN AT ELMORE COUNTY, THERE WAS NO WARRANT. CORAM WROTE A FAKE AAG WARRANT FROM THE DESK OF HIS GOOD FRIEND ALAN NUMMY WHO IS ECLECTIC MAYOR AND WORKS AT THE AAG. THAT WARRANT HAS BEEN REMOVED. NO WARRANT EXISTS.

WHEN I WAS DRIVING TO THE AAG FORGERY HEARING (for signing George Huey Morris), I WAS ARRESTED BY CORAM'S FRIEND EPD CHIEF GORDON LEDBETTER WITHOUT A WARRANT. THIS CAUSED ME TO MISS THE HEARING. THAT WARRANT WAS WRITTEN UP WHILE I WAS BEING BOOKED. THE CHARGE (HARRASSMENT) WAS DISMISSED. THE HANDWRITTEN RAMBLING NARRATIVE WAS REMOVED FROM THE RECORDS AND REPLACED WITH A TYPEWRITTEN BACKDATED WARRANT. I HAVE COPIES OF BOTH.

THEN I WAS ARRESTED WITH A FAKE AAG WARRANT FOR GIVING A FALSE NAME TO A POLICE OFFICER. I TOLD HIM (FIVE months BEFORE THE ARREST) MY NAME WAS George Huey Morris. The complaining officer WAS Daniel Dean, who HANGS OUT WITH CORAM AT ECLECTIC POLICE STATION. I THINK DEAN'S NAME WAS FORGED. AT ANY RATE, THE AAG WARRANT WAS REPLACED AND

NEXT PAGE

The false name change was removed from the docket.

Conam's testimony at my detention hearing documents the existance of the warrants that no longer exist.

When I was on electronic monitoring, I went to a meeting with ~~Jenifer Hunt~~. Ms Hunt forgot to notify my probation officer and when Conam called him he said I was absent without leave. With his (Conam's) mistaken belief I was away without permission, Conam arranged my arrest the moment I crossed into Elmore County with a nonexistant failure to appear warrant. Bernard Ross refused to violate me on what he called "trumpted up charges."

I was arrested 4 times in Florida for signing my own name (total of seven) I was arrested for voter fraud and charges dropped. A total of 22 arrests, all initiated by Conam after his failed child porn effort.

In fact, all of my federal charges began with false testimony at the Grand Jury level. That is for my future attorney to sort out.

My detention hearing had 13 lies
- over -

④

(PROVABLE PERJURY) BY CORAM. HE TESTIFIED THAT I SOLICITED NUDE PHOTOS FROM 3 MINOR FEMALES. ALL THESE GIRLS HAVE SAID ITS NOT TRUE. I'LL TAKE A LIE DETECTOR TEST.

THERE ARE MANY EXAMPLES OF VIOLATIONS OF THE LAW. AMONG THEM ARE 5 ARRESTS WITHOUT WARRANTS, TWO FORGED AAG WARRANTS, FIVE SEARCHES W/O WARRANT (6 LEGAL SEARCHES), AND PROVABLE PERJURY.

BY FAR THE WORST THING CORAM DID WAS TO TAKE OVER AN FBI INVESTIGATION OF A BOMB THREAT AGAINST ME. A NOTE AND MOLOTOV COCKTAIL WAS FOUND ON MY PORCH. CORAM (WITHOUT MY PERMISSION) TOOK THE EVIDENCE AND TESTIFIED AT MY DETENTION HEARING THAT I CONSTRUCTED THE EXPLOSIVE DEVICE AND WROTE THE NOTE. AFTER MY INCARCERATION THE PERPETRATOR ADMITTED DOING BOTH TO FRIENDS. I TRIED TO TAKE A LIE DETECTOR TEST BUT CORAM PUT IT IN THE COLD FILE. RIGHT NOW THERE ARE 5 WITNESSES WHO COULD PUT THE TERRORIST THREAT PERSON IN JAIL. CORAM KNOWS THE SUSPECT AS A FRIEND.

MY CURRENT SITUATION OCCURRED AFTER CORAM JUGGLED THE FACTS AND PUSHED FOR ANY ARRESTS AFTER HIS CHILD PORN FIASCO.

NEXT PAGE

In summary sir, I want you to arrange for an FBI interview on a lie detector. There is ample evidence.

You can be a part of an amazing expose of Troy King's office (Alan Nummy) and the Homeland Security (Coram). One at a time I shall prove my claims. One failure to do so and you should write me off as a fanatic. I need to discuss my claims with the FBI and get Susan James as my attorney.

You can cause the arrest of the bomb threat suspect and construction of explosive device. I have proof.

I hope and pray that you don't just perpetuate what is happening to me. It is inevitable that at some point these facts will be known. I hope that you have associated yourself with the Constitution and Justice.

Respectfully Yours,

George Macy Moss