IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS | ) | |
| a/k/a JOHNNY RAY FORTUNE | ) | |

<u>ORDER</u>

Because the receipt, by no later than January 14, 2008, of the psychiatric report on defendant George Hoey Morris is critical to the just and timely resolution of this case, it is ORDERED that Dr. Guy Renfro is to file his psychiatric report of defendant George Hoey Morris by no later than January 14, 2008.

The clerk of court is DIRECTED to fax a copy of this order to Dr. Renfro's office.

DONE, this the 10th day of January, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE