IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS | ) | |
| a/k/a JOHNNY RAY FORTUNE | ) | |

<u>ORDER</u>

Based upon the representations made in open court on January 10, 2008, it is ORDERED that the motion to withdraw filed by Attorney J. Carlton Taylor (Doc. No. 106) is granted.

The clerk of the court is DIRECTED to make appropriate arrangements for the appointment of a new attorney for defendant George Hoey Morris.

DONE, this the 11th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE