```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
     v.                      )   CRIMINAL ACTION NO.
                             )      2:06cr218-MHT
GEORGE HOEY MORRIS           )
a/k/a JOHNNY RAY FORTUNE     )
```

## ORDER

It is ORDERED that Attorney Richard Keith is appointed to represent defendant George Hoey Morris.

DONE, this the 16th day of January, 2008.

```
                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE
```