IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr218-MHT |
| **GEORGE HOEY MORRIS** | ) | |
| **a/k/a JOHNNY RAY FORTUNE** | ) | |

### ORDER

The court having received a psychological evaluation for defendant George Hoey Morris (Doc. No. 114), it is ORDERED that, on or before January 22, 2008, the government, probation, and defendant Morris are to file statements as how the court should proceed in light of the evaluation.  The court would like statements in advance of the competency hearing set for January 24, 2008.

It is further ORDERED that sentencing for defendant Morris is continued generally.  The court will consider

only the issue of defendant Morris's competency at the January 24 hearing.

   DONE, this the 16th day of January, 2008.


                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**