IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.  2:06-cr-0218-MHT |
| | ) |
| GEORGE H. MORRIS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned attorney and requests that he be allowed to withdraw as counsel for Defendant in the above-styled cause.

As grounds in support thereof, the following is stated:

1. There was a conflict of interest between the undersigned attorney and the defendant in this matter.

WHEREFORE, the undersigned attorney respectfully moves this Honorable Court to grant his Motion to Withdraw as Counsel.

Respectfully submitted this 17th day of January, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone:  (334) 264-6776
Facsimile:   (334) 265-5362

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

 Susan R. Redmond, AUSA
 Post Office Box 197
 Montgomery, AL 36101-0197

               s/ Richard K. Keith
               **OF COUNSEL**