IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    )    | |
| )    | |
|     v.    )    | CRIMINAL ACTION NO. |
| )    | 2:06cr218-MHT |
| GEORGE HOEY MORRIS    )    | |
| a/k/a JOHNNY RAY FORTUNE    )    | |

## ORDER

It is ORDERED that the motion to withdraw (Doc. No. 118) is granted.

DONE, this the 18th day of January, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE