# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| GEORGE HOEY MORRIS, DEFENDANT. | 2:06-CR-218-MHT |

## MOTION TO CONTINUE HEARING

**COMES NOW** the defendant, George Hoey Morris, by and through the undersigned counsel and moves this Honorable Court to continue his Competency Hearing by stating the following:

1. The undersigned counsel was appointed to represent Defendant on January 17, 2008.

2. This Honorable Court issued an Order setting a competency hearing for January 24, 2008 and ordering the Defendant, Probation and Government to file a statement regarding how the court should proceed in light of the psychological evaluation on or before January 22, 2008.

3. A copy of the evaluation is to be provided to the undersigned this afternoon or shortly thereafter and counsel will need additional time to review the evaluation and discuss same with the Defendant.

4. Counsel has spoken with the Government and they have no objection to the continuance.

**WHEREFORE,** the above premises considered, Defendant moves this Honorable Court to continue the January 24, 2008 hearing and the January 22, 2008 deadline by thirty (30) days.

**RESPECTFULLY SUBMITTED** this the 18th day of January, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue Hearing by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 18th day of January, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Susan Redmond
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197