IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GEORGE HOEY MORRIS ) | Cr No. 2:06cr218-MHT |

## ORDER

      The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Accordingly, it is

    ORDERED that the Daniel G. Hamm be and is hereby appointed to represent the defendant during the proceedings currently pending before the court.

    DONE, this the 22nd  day of January, 2008.

                                              /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE