IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.                                                 ) | CRIMINAL ACTION NO. |
| ) | 2:06cr218-MHT |
| GEORGE HOEY MORRIS        ) | |
| a/k/a JOHNNY RAY FORTUNE  ) | |

### ORDER

It is ORDERED that defendant George Hoey Morris's motion to continue hearing (Doc. No. 120) is granted as follows:

(1) The competency hearing, now set for January 24, 2008, is reset for February 21, 2008, at 10:00 at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

(2) On or before February 19, 2008, the government, probation, and defendant Morris are to file

statements as how the court should proceed in light of the psychological evaluation.

DONE, this the 22nd day of January, 2008.


                       /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**