UNITED STATES GOVERNMENT

# MEMORANDUM

*TO*:                     Honorable Myron H. Thompson
                          United States District Judge

*REPLY TO*

*ATTN OF:*                Kevin Poole
                          U. S. Probation Officer

*SUBJECT:*                **George Hoey Morris**
                          **DKT. NO. 2:06CR218-MHT**
                          **RESPONSE TO ORDER DATED 1/22/2008**

*DATE:*                   January 23, 2008

In light of the psychological evaluation/forensic findings by Dr. Guy Renfro, Ph.D., it is the probation officer's recommendation that the defendant's sentencing be continued and Morris be committed to the custody of the Bureau of Prison for hospitalization and treatment pursuant to 18 U.S.C. § 4244. If the Court deems it necessary, the defendant should be placed in a suitable facility for a period of time to obtain further psychiatric treatment. If and when the defendant has recovered from his mental disease to an extent that he is no longer in need of treatment, the defendant should then be returned to the Court to be sentenced.

Respectfully submitted,

 /s/ Kevin Poole
Kevin Poole
United States Probation Officer

**Approved by:**

/s/ Scott Wright
Scott Wright
Supervising U.S. Probation Officer