# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| GEORGE HOEY MORRIS, DEFENDANT. | 2:06-CR-218-MHT |

## DEFENDANT'S RESPONSE TO COURT ORDER

**COMES NOW** the defendant, George Hoey Morris, by and through the undersigned counsel and pursuant to this Honorable Court's Order of January 16, 2008 instructing the Defendant to file a statement as to how the Court should proceed in this case, in light of the evaluation by Dr. Guy Renfro files the following response:

1. Counsel has reviewed Dr. Guy Renfro's recommendation, the Government and Probation Officer's response with the Defendant.

2. The Defendant agrees with the position of the Government and the Probation Officer.

3. The Defendant's counsel acknowledges and agrees with Dr. Guy Renfro's report that the Defendant is suffering from stress as evidenced by his

excessive nail biting and now a broken tooth that reportedly results from teeth grinding.

   **RESPECTFULLY SUBMITTED** this the 19th day of February, 2008.


                                    /s/ Daniel G. Hamm
                                    _____
                                    DANIEL G. HAMM (HAM043)
                                    ATTORNEY FOR THE DEFENDANT
                                    560 S. MCDONOUGH ST., STE. A
                                    MONTGOMERY, ALABAMA 36104
                                    TELEPHONE    334-269-0269
                                    FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Defendant's Response to Court Order by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 19th day of February, 2008.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Susan Redmond
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197