

## U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*


May 21, 2008

The Honorable Myron H. Thompson
United States District Court
Post Office Box 235
Montgomery, Alabama 36101-0235

RE:   MORRIS, George Hoey
      Register Number:  11672-002
      Docket Number:    2:06cr218-MHT (WO)

Dear Judge Thompson:

The above-referenced individual was admitted to the Mental Health Unit of this facility on May 13, 2008, pursuant to the provisions  f Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Morris, which are necessary to complete his evaluation. We have calculated the evaluation period to end on September 9, 2008. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Complex Warden

cc:  Susan R. Redmond, Assistant United States Attorney
     Daniel Gary Hamm, Defense Attorney